B1 (Official Form 1) (12/11)

| UNITED STATES BANKRUPTCY COURT<br>**Central District of California** | **VOLUNTARY PETITION** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Robinson, Althea L. | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>Robinson, Margietta M. |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>6150 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>5662 |
| Street Address of Debtor (No. and Street, City, and State):<br>25595 Horado Lane<br>Moreno Valley, California<br>ZIP CODE 92551 | Street Address of Joint Debtor (No. and Street, City, and State):<br>25595 Horado Lane<br>Moreno Valley, Califor<br>ZIP CODE 92551 |
| County of Residence or of the Principal Place of Business:<br>Riverside | County of Residence or of the Principal Place of Business:<br>Riverside |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box.) |
|---|---|---|
| ☑ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ☑ Chapter 7    ☐ Chapter 15 Petition for<br>☐ Chapter 9        Recognition of a Foreign<br>☐ Chapter 11      Main Proceeding<br>☐ Chapter 12    ☐ Chapter 15 Petition for<br>☐ Chapter 13      Recognition of a Foreign<br>                          Nonmain Proceeding |

| Chapter 15 Debtors | Tax-Exempt Entity<br>(Check box, if applicable.) | Nature of Debts<br>(Check one box.) |
|---|---|---|
| Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | ☐ Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code). | ☑ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."    ☐ Debts are primarily business debts. |

| Filing Fee (Check one box.) | Chapter 11 Debtors |
|---|---|
| ☑ Full Filing Fee attached.<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Check one box:**<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>**Check all applicable boxes:**<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | FILED<br>SEP 2 5 2012<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY _____ Deputy Clerk |

| Estimated Number of Creditors | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

| Estimated Assets | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| Estimated Liabilities | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1) (12/11)                                                                                                                      Page 2

| Voluntary Petition _(This page must be completed and filed in every case.)_ | Name of Debtor(s): Robinson, Althea L. & Margietta M. |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐  Exhibit A is attached and made a part of this petition. | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>     Signature of Attorney for Debtor(s)        (Date) |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐   Yes, and Exhibit C is attached and made a part of this petition.

☑   No.

---

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑   Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

☑   Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

---

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

---

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☑   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (12/11)

Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case.)* | |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____ Althea L. Robinson
Signature of Debtor

X _____ Margietta M. Robinson
Signature of Joint Debtor
(951) 956-8190
Telephone Number (if not represented by attorney)
09/24/2012
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Attorney*

X _____
Signature of Attorney for Debtor(s)

_____
Printed Name of Attorney for Debtor(s)

_____
Firm Name

_____
Address

_____
Telephone Number

_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____
Signature

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

B 1C (Official Form 1, Exhibit C) (9/01)

*[If, to the best of the debtor's knowledge, the debtor owns or has possession of property that poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety, attach this Exhibit "C" to the petition.]*

# UNITED STATES BANKRUPTCY COURT

Central District of California

In re    Robinson, Althea L. & Margietta M.                ,    )    Case No. _____

                    Debtor                                              )

                                                                              )

                                                                              )    Chapter    7 _____

## EXHIBIT "C" TO VOLUNTARY PETITION

1. Identify and briefly describe all real or personal property owned by or in possession of the debtor that, to the best of the debtor's knowledge, poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety (attach additional sheets if necessary):

NONE

2. With respect to each parcel of real property or item of personal property identified in question 1, describe the nature and location of the dangerous condition, whether environmental or otherwise, that poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety (attach additional sheets if necessary):

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LOCAL BANKRUPTCY RULE 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate.  Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at Riverside _____, California.

Dated 09/24/2012 _____

_____
Debtor

_____
Joint Debtor

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

January 2009

**F 1015-2.1**

B 201 - Notice of Available Chapters (Rev. 11/11)                                                          USBC, Central District of California

Name:  Robinson, Althea L. & Margietta M.

Address:  25595 Horado Lane

Moreno Valley, California 92551

Telephone:  (951) 956-8190          Fax: _____

☐ Attorney for Debtor
☑ Debtor in Pro Per

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| List all names including trade names, used by Debtor(s) within last 8 years:<br><br>Robinson, Althea L.<br>Robinson, Margietta M. | Case No.: |
|---|---|
| | **NOTICE OF AVAILABLE CHAPTERS**<br><br>(Notice to Individual Consumer Debtor Under § 342(b) of the Bankruptcy Code) |

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

1.    <u>Services Available from Credit Counseling Agencies</u>

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

**2.    The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors**

**Chapter 7:  Liquidation ($245 filing fee, $46 administrative fee, $15 trustee surcharge: Total fee $306)**

1.  Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.
2.  Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.
3   The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.
4.  Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

**Chapter 13:  Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $46 administrative fee: Total fee $281)**
1.  Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.
2.  Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.
3.  After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

**Chapter 11:  Reorganization ($1000 filing fee, $46 administrative fee: Total fee $1046)**
Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

**Chapter 12:  Family Farmer or Fisherman ($200 filing fee, $46 administrative fee: Total fee $246)**
Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

**3.    Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials**

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

B 201 - Notice of Available Chapters (Rev. 11/11)    USBC, Central District of California

## Certificate of [Non-Attorney] Bankruptcy Petition Preparer

I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

_____

Printed name and title, if any, of Bankruptcy Petition Preparer

Social Security number (If the bankruptcy petition
Address: preparer is not an individual, state the
Social Security number of the officer, principal,
responsible person, or partner of the bankruptcy
petition preparer.)  (Required by 11 U.S.C. § 110.)

_____

X_____

Signature of Bankruptcy Petition Preparer or officer,
principal, responsible person, or partner whose Social
Security number is provided above.

### Certificate of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read this notice.

Robinson, Althea L. & Margietta M.

Printed Name(s) of Debtor(s)

Signature of Debtor                Date        09/24/2012

Case No. (if known) _____

X_____    09/24/2012

Signature of Joint Debtor (if any)    Date

B6 Cover (Form 6 Cover) (12/07)

## FORM 6.  SCHEDULES

Summary of Schedules
Statistical Summary of Certain Liabilities and Related Data (28 U.S.C. § 159)

Schedule A - Real Property
Schedule B - Personal Property
Schedule C - Property Claimed as Exempt
Schedule D - Creditors Holding Secured Claims
Schedule E - Creditors Holding Unsecured Priority Claims
Schedule F - Creditors Holding Unsecured Nonpriority Claims
Schedule G - Executory Contracts and Unexpired Leases
Schedule H - Codebtors
Schedule I - Current Income of Individual Debtor(s)
Schedule J - Current Expenditures of Individual Debtors(s)

Unsworn Declaration Under Penalty of Perjury

GENERAL INSTRUCTIONS: The first page of the debtor's schedules and the first page of any amendments thereto must contain a caption as in Form 16B.  Subsequent pages should be identified with the debtor's name and case number.  If the schedules are filed with the petition, the case number should be left blank.

Schedules D, E, and F have been designed for the listing of each claim only once.  Even when a claim is secured only in part or entitled to priority only in part, it still should be listed only once.  A claim which is secured in whole or in part should be listed on Schedule D only, and a claim which is entitled to priority in whole or in part should be listed on Schedule E only.  Do not list the same claim twice.  If a creditor has more than one claim, such as claims arising from separate transactions, each claim should be scheduled separately.

Review the specific instructions for each schedule before completing the schedule.

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court

### Central District of California

In re  Robinson, Althea L. & Margietta M.  ,
　　　　　　　　　　Debtor

Case No. _____

Chapter  7 _____

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I,
and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all
claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities.  Individual debtors also must complete the "Statistical
Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $ 0 | | |
| B - Personal Property | YES | 3 | $ 13,635.00 | | |
| C - Property Claimed as Exempt | YES | 1 | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $ 22,300.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 3 | | $ 0 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 8 | | $ 106,317.31 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $ 4,640.68 |
| J - Current Expenditures of Individual Debtors(s) | YES | 1 | | | $ 4,751.00 |
| TOTAL | | 21 | $ 13,635.00 | $ 128,617.31 | |

B 6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court

### Central District of California

In re  Robinson, Althea L. & Margietta M.    ,                    Case No. _____
                    Debtor

Chapter  7 _____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ 0 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ 0 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ 0 |
| Student Loan Obligations (from Schedule F) | $ 0 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ 0 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ 0 |
| TOTAL | $ 0 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ 4,640.00 |
| Average Expenses (from Schedule J, Line 18) | $ 4,751.00 |
| Current Monthly Income (from Form 22A Line 12; **OR,** Form 22B Line 11; **OR,** Form 22C Line 20 ) | $ 6,440.00 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ 7,300.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ 4,751.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ 0 |
| 4. Total from Schedule F | | $ 116,317.31 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ 123,617.31 |

B6A (Official Form 6A) (12/07)

In re  Robinson, Althea L. & Margietta M.                    ,          Case No. _____
                    **Debtor**                                                      **(If known)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| NONE | | | | |
| | | Total ▶ | 0 | |

(Report also on Summary of Schedules.)

B 6B (Official Form 6B) (12/07)

In re  Robinson, Althea L. & Margietta M.                    ,        Case No. _____
                    **Debtor**                                                          **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | In Wallet | J | 75.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Chase Acc #8710124186 | J | 140.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | x | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | Sstereo, Refrigerator, Misc. Furniture, Misc. Appliances, Stove, Washer & Dryer | J | 2,850.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | | 95 Books at used store prices | J | 1,270.00 |
| 6. Wearing apparel. | | Normal clothing at used store prices | J | 1,600.00 |
| 7. Furs and jewelry. | | Wedding rings and misc. jewelry | J | 1,700.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | x | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | x | | | |
| 10. Annuities. Itemize and name each issuer. | x | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | x | | | |

B 6B (Official Form 6B) (12/07) -- Cont

In re  Robinson, Althea L. & Margietta M.           ,          Case No. _____
                    **Debtor**                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A – Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

B 6B (Official Form 6B) (12/07) -- Cont.

In re  Robinson, Althea L. & Margietta M. _____ ,          Case No. _____
                        **Debtor**                                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2007 Chrysler | J | 6,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

__0__ continuation sheets attached    Total▶    $    13,635.00

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

B 6C (Official Form 6C) (04/10)

In re  Robinson, Althea L. & Margietta M.           ,          Case No. _____
                    Debtor                                                        *(If known)*

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐  Check if debtor claims a homestead exemption that exceeds
*(Check one box)*                                                              $146,450.*
  ☐  11 U.S.C. § 522(b)(2)
  ☑  11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Cash on hand | C.C.P 703.140(b)(5) | 75 | 75 |
| **Chase Bank Account Acc #8710124186** | C.C.P 703.140(b)(5) | **140** | **140** |
| Household furnishings | C.C.P 703.140(b)(3) | 2850 | 2850 |
| **95 books at used store prices** | C.C.P 703.140(b)(5) | **1270** | **1270** |
| Normal clothing at used store prices | C.C.P 703.140(b)(5) | 1600 | 1600 |
| Wedding rings and misc jewelry at used prices | C.C.P 703.140(b)(4) | 1700 | 1700 |

* *Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B 6D (Official Form 6D) (12/07)

In re  Robinson, Althea L. & Margietta M.____,      Case No. _____
                    **Debtor**                                              **(If known)**

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  8178352<br><br>Santander Consumer USA<br>PO Box 660633<br>Dallas, Texas 75266 | | W | July 2008<br>Auto Loan<br><br>VALUE $  6,000.00 | | | x | 12,500.00 | 6,500.00 |
| ACCOUNT NO.  036224376<br><br>Toyota Motors<br>PO Box 5855<br>Carol Stream, IL 60197 | x | W | September 2007<br>Auto Loan<br><br>VALUE $  9,000.00 | | | x | 9,800.00 | 800.00 |
| ACCOUNT NO.<br><br><br><br>VALUE $ | | | | | | | | |

_ _continuation sheets
    attached

Subtotal ▶
(Total of this page)

Total ▶
(Use only on last page)

| | |
|---|---|
| $        22,300.00 | $        7,300.00 |
| $        22,300.00 | $        7,300.00 |

(Report also on Summary of Schedules.)      (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B 6E (Official Form 6E) (04/10)

In re  Robinson, Althea L. & Margietta M.      ,                    Case No._____
              Debtor                                                                    *(if known)*

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See. 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B 6E (Official Form 6E) (04/10) – Cont.

In re  Robinson, Althea L. & Margietta M.      ,      Case No._____
                           Debtor                                               (if known)

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

*\* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_0_  continuation sheets attached

B 6F (Official Form 6F) (12/07)

In re  Robinson, Althea L. & Margietta M.            ,          Case No. _____
                      **Debtor**                                            **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 2559095637160 <br><br> Afni <br> 404 Brock Drive <br> Bloomington, IL 61702 | | J | 6/22/2009 <br> Dish Network | | | x | 226.65 |
| ACCOUNT NO. RIC464207 <br><br> Auditor-Controller County Of Los Angeles - 500 W Temple St., Rm 500, LA, CA 90012 | | W | 1/9/2012 <br> Wage Withholding | | | x | 14943.71 |
| ACCOUNT NO. 16437 <br><br> Bull's-Eye Pest Control <br> 40960 California Paks Rd. #202, Murrieta, CA 92562 | | W | 2/1/2011 <br> Services | | | x | 142.00 |
| ACCOUNT NO. 083795864 <br><br> Capital Management Svcs <br> 726 Exchange St., Ste 700 <br> Buffalo, NY 14210 | | W | 8/4/2011 <br> Rev Charge | | | x | 1361.29 |

                                                                              Subtotal➤ | $ |  16,673.65

_7_ continuation sheets attached                                                 Total➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re __Robinson, Althea L. & Margietta M._____,          Case No. _____
                        **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 6162235 <br><br> Cashcall <br> PO Box 66007 <br> Anaheim, CA 92816 | | W | 7/2011 <br> Services | | | x | 2566.00 |
| ACCOUNT NO. 41534298 <br><br> Enhanced Recovery <br> 8014 Bayberry Rd <br> Jacksonville, FL 32256 | | W | 8/2007 <br> Dish Network | | | x | 227.00 |
| ACCOUNT NO. 20-2690855 <br><br> EOS <br> PO Box 5055 <br> Norwell, MA 02061 | | H | 1/2011 <br> Services | | | x | 2142.22 |
| ACCOUNT NO. 60000180101 <br><br> Ernst Artmann and Assoc <br> 205 Bryant Wods South <br> mherst, NY 14228 | | W | 11/2008 <br> Services | | | x | 110.00 |
| ACCOUNT NO. 12372426 <br><br> Firstsource Advantage, LLC <br> 205 Bryant Woods South <br> Amherst, NY 14228 | | H | 2/3/2009 | | | x | 575.48 |

Sheet no. _2_ of _8_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $ 5,045.22

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re  Robinson, Althea L. & Margietta M.                      ,          Case No. _____
                  **Debtor**                                                           **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 000033726515<br><br>Ford Credit<br>PO Box 6508<br>Mesa, AZ 85216 | | W | 9/1/2008<br>Auto Loan<br>Auto Repo | | | x | 13394.00 |
| ACCOUNT NO. 600889824445<br><br>GEMB/JCP<br>PO Box 984100<br>El Paso, Texas 79998 | | W | 9/2010<br>Rev Charge | | | x | 980.23 |
| ACCOUNT NO. 7021270141792<br><br>HSBC Retail Services<br>PO Box 4144<br>Carol Stream, IL 60197 | | W | 11/3/2008<br>Revol Charge | | | x | 1562.42 |
| ACCOUNT NO. 32671967001<br><br>IC Systems, Inc.<br>PO Box 64378<br>Saint Paul, MN 55164 | | H | 3/2010<br>Medical Services | | | x | 30.00 |
| ACCOUNT NO. 91000083757<br><br>Kaiser Foundation Hospital<br>File 749104<br>Los Angeles, CA 90074-9104 | | W | 9/29/2008<br>Medical Services | | | x | 50.00 |

Sheet no. _3_ of _8_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ 16,016.65

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re  Robinson, Althea L. & Margietta M.          ,                    Case No. _____
                 **Debtor**                                                                                  **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above ) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. L790VHSN2753 <br><br> LA and Orange County <br> PO Box 4279 <br> Whittier, CA 90607 | | W | 5/2008 <br> Medical Services | | | x | 4805.00 |
| ACCOUNT NO 6008898244452 <br><br> LVNV Funding <br> PO Box 10584 <br> Greenville, SC 29603 | | W | 1/2008 <br> Revol Charge | | | x | 1371.00 |
| ACCOUNT NO. 11495396 <br><br> Marigold Financial <br> 6974 Brockton Ave., Ste 100 <br> Riverside, CA 92506 | | J | 5/2010 <br> Medical Services | | | x | 59.00 |
| ACCOUNT NO. 00000361463 <br><br> Maximum Recovery Sp., Inc. <br> 5105 E Los Angeles Ave., # 200, Simi Valley, CA 93063 | | W | 2/8/2011 <br> Installment Acc | | | x | 60.08 |
| ACCOUNT NO. 5257368-0 <br><br> Metro Republic Co Services <br> PO Box 1357 <br> Corona, CA 92878 | | W | 4/2010 <br> Medical Services | | | x | 50.00 |

Sheet no. _4_ of _5_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤  $ 6,345.08

Total➤  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re  Robinson, Althea L. & Margietta M.                    ,          Case No. _____
                          **Debtor**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 8538789306<br><br>Midland Funding<br>8875 Aero Dr., Ste 200<br>San Diego, CA 92123 | | W | 2/2011<br>Revol Charge | | | x | 2525.00 |
| ACCOUNT NO. 8545664088<br><br>Midland Funding<br>8875 Aero Dr., Ste 200<br>San Diego, CA 92123 | | W | 9/2008<br>Credit Card<br>Wells Fargo Bank | | | x | 1929.00 |
| ACCOUNT NO. 8541475079<br><br>Midland Funding<br>8875 Aero Dr., Ste 200<br>San Diego, CA 92123 | | W | 6/2008<br>Cell Phone | | | x | 980.00 |
| ACCOUNT NO. 8539015854<br><br>Midland Funding<br>8875 Aero Dr., Ste 200<br>San Diego, CA 92123 | | H | 11/2008<br>Utility Bill | | | x | 529.00 |
| ACCOUNT NO. 6008898244452<br><br>National Action Financial Svc<br>165 Lawrence Bell Dr., # 100<br>Williams, NY 14231 | | W | 9/13/2010<br>Revol Charge | | | x | 980.23 |

Sheet no. _5_ of _4_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ 7,043.23

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re  Robinson, Althea L. & Margietta M.                ,          Case No. _____
                    **Debtor**                                                  **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 36556163 <br><br> Nitional Recovery Solutions <br> PO Box 322 <br> Lockport, NY 14095 | | W | 2/23/2011 <br> Installment Acc | | | x | 1623.28 |
| ACCOUNT NO. 724758959 <br><br> NCO Financial /09 <br> PO Box 41466 <br> Philadelphia, PA 19101 | | H | 1/2009 <br> Direct TV | | | x | 424.00 |
| ACCOUNT NO. 348554094 <br><br> Nelson, Watson & Assoc. <br> 80 Merrimack St. Low Level <br> Haverhill, MA 01830 | | H | 12/8/2010 <br> Credit Card | | | x | 783.04 |
| ACCOUNT NO. 5770912614516 <br><br> Newport News <br> PO Box 5811 <br> Hicksville, NY 11802 | | W | 3/12/2009 <br> Revol Charge | | | x | 590.71 |
| ACCOUNT NO. <br><br> Progressive West Insurance <br> 6300 Wilson Mills Rd. <br> Mayfiels Village, OH 44143 | | W | 9/2008 <br> Insurance | | | x | 738.00 |

Sheet no. _6_ of _6_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $ 4,159.03

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re  Robinson, Althea L. & Margietta M.                ,        Case No. _____
                                **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. RIC464207 <br><br> Reese Law Group <br> 6725 Mesa Ridge Rd., # 240 <br> San Diego, CA 92121 | | W | 1/9/2009 <br> Wage Garnishment | | | x | 14943.00 |
| ACCOUNT NO. 52573682 <br><br> Riverside County Reg Med Center, 26520 Cactus Ave. Moreno Valley, CA 92555 | | W | 4/25/2011 <br> Medical Services | | | x | 293.74 |
| ACCOUNT NO. 300155126284 <br><br> RJM Acquisitions LLC <br> 575 Underhill Blvd, Ste 224 <br> Syosset, NY 11791 | | W | 2/2/2011 <br> Credit Card | | | x | 2730.71 |
| ACCOUNT NO. 000140406851 <br><br> RMI <br> 1110 Montlimar Dr., Ste 310 <br> Mobile, AL 36609 | | J | 12/2/2008 <br> Installment | | | x | 11696.32 |
| ACCOUNT NO RIC1113080 <br><br> The Brachfeld Law Group <br> 880 Apollo St., Ste 155 <br> El Segundo, CA 90245 | | W | 12/20/2011 <br> Wage Garnishment | | | x | 2994.00 |

Sheet no. 7 of 8 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  32,657.77

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re  Robinson, Althea L. & Margietta M._____,          Case No. _____
              **Debtor**                                                    **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 5136094523  <br> Montgomery Ward <br> 3650 Milwukee Street <br> Madison, WI 53714 | | W | 6/2011 <br> Revol Charge | | | x | 156.77 |
| ACCOUNT NO. 523301693  <br> T Mobile <br> PO Box 53410 <br> Bellevue, WA 98015 | | W | 10/27/2007 <br> Cell Phone | | | x | 215.73 |
| ACCOUNT NO. 518391428978  <br> WFDS/WDS Financial <br> PO Box 19752 <br> Irvine, CA 92623 | | H | 4/2005 <br> Auto Loan Repo | | | x | 17,674.00 |
| ACCOUNT NO.  <br> Verizon <br> PO Box 3427 <br> Bloomington, IL 61702 | | H | 3/18/2011 <br> Cell Phone | | | x | 270.95 |
| ACCOUNT NO.  <br><br> | | | | | | | |

Sheet no. _8_ of _8_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ 18,317.45

Total▶ | $ 106,317.31
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6G (Official Form 6G) (12/07)

In re  Robinson, Althea L. & Margietta M.         ,          Case No._____
                          **Debtor**                                                    **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

   Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

B 6H (Official Form 6H) (12/07)

**In re**  Robinson, Althea L. & Margietta M.       ,                    Case No. _____
                    **Debtor**                                                        **(if known)**

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Christiana J. obinson<br>25595 Horado Lane<br>Moreno Valley, California 92551 | Toyota Motor Credit Corp<br>225 West Hillcrest Drive, Ste 4<br>Thousand Oaks, California 91360 |

B6I (Official Form 6I) (12/07)

In re  Robinson, Althea L. & Margietta M.          ,          Case No. _____
　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**(if known)**

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: Married | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): Noah M., Nathaniel J. and Isaih E. | AGE(S): 18, 19, 20 |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation  Retired | | Probation Officer |
| Name of Employer | | Los Angeles County |
| How long employed | | 11 yrs |
| Address of Employer | | Auditor-Controller County of LA, Attn: Payroll, 500 W. Temple St., Rm. 505, LA, CA 90012 |

INCOME: (Estimate of average or projected monthly income at time case filed)

| | | DEBTOR | SPOUSE |
|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | | $_____ | $  6440.58 |
| 2. Estimate monthly overtime | | $_____ | $  0 |
| 3. SUBTOTAL | | $_____ | $  6440.58 |
| 4. LESS PAYROLL DEDUCTIONS | | | |
| a. Payroll taxes and social security | | $_____ | $  1799.90 |
| b. Insurance | | $_____ | $_____ |
| c. Union dues | | $_____ | $_____ |
| d. Other (Specify): _____ | | $_____ | $_____ |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | | $_____ | $  1799.90 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | | $_____ | $  4640.68 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | | $_____ | $_____ |
| 8. Income from real property | | $_____ | $_____ |
| 9. Interest and dividends | | $_____ | $_____ |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | | $_____ | $_____ |
| 11. Social security or government assistance (Specify):_____ | | $_____ | $_____ |
| 12. Pension or retirement income | | $_____ | $_____ |
| 13. Other monthly income (Specify):_____ | | $_____ | $_____ |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | | $_____ | $  0 |
| 15. AVERAGE MONTHLY INCOME (Add amounts on lines 6 and 14) | | $_____ | $  4640.68 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $  4640.68 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re  Robinson, Althea L. & Margietta M.       ,                    Case No. _____
                    Debtor                                                              (if known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 1500 |
|    a. Are real estate taxes included?        Yes _____    No ✓ | | |
|    b. Is property insurance included?        Yes _____    No ✓ | | |
| 2. Utilities:  a. Electricity and heating fuel | $ | 310 |
|         b. Water and sewer | $ | 0 |
|         c. Telephone | $ | 179 |
|         d. Other _____ | $ | 0 |
| 3. Home maintenance (repairs and upkeep) | $ | |
| 4. Food | $ | 800 |
| 5. Clothing | $ | 100 |
| 6. Laundry and dry cleaning | $ | 60 |
| 7. Medical and dental expenses | $ | 100 |
| 8. Transportation (not including car payments) | $ | 750 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 25 |
| 10. Charitable contributions | $ | 25 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|       a. Homeowner's or renter's | $ | |
|       b. Life | $ | |
|       c. Health | $ | 375 |
|       d. Auto | $ | 85 |
|       e. Other _____ | $ | |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) _____ | $ | |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|       a. Auto | $ | 442 |
|       b. Other _____ | $ | |
|       c. Other _____ | $ | |
| 14. Alimony, maintenance, and support paid to others | $ | |
| 15. Payments for support of additional dependents not living at your home | $ | |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | |
| 17. Other _____ | $ | |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 4751.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:



20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---|
|   a. Average monthly income from Line 15 of Schedule I | $ | 4640.68 |
|   b. Average monthly expenses from Line 18 above | $ | 4751.00 |
|   c. Monthly net income (a. minus b.) | $ | -110.32 |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re  Robinson, Althea L. & Margiett,                    Case No. _____
_____                                      (if known)
            Debtor

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __22__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  09/24/2012 _____          Signature: _____
                                                                                    Debtor

Date  09/24/2012 _____          Signature: _____
                                                                        (Joint Debtor, if any)

                                                       [If joint case, both spouses must sign.]

------------------------------------------------------------------------------------------------------

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____          Social Security No. _____
Printed or Typed Name and Title, if any,           *(Required by 11 U.S.C. § 110.)*
of Bankruptcy Petition Preparer

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
_____
_____
Address

X_____          _____
Signature of Bankruptcy Petition Preparer          Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

------------------------------------------------------------------------------------------------------

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*Total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date _____                   Signature: _____

                                                       _____
                                                       [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

------------------------------------------------------------------------------------------------------

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

B 7 (Official Form 7) (04/10)

# UNITED STATES BANKRUPTCY COURT

### Central District of California

In re: Robinson, Althea L. & Margietta M.                ,        Case No. _____

                        Debtor                                                      (if known)

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

1.    **Income from employment or operation of business**

None
☐    State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                    SOURCE

$58,800.00        $78,287.00 From 2011 Federal Tax Return
                  $78,169.00 From 2010 Federal Tax Return

2

**2.  Income other than from employment or operation of business**

None
☑

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                                                   SOURCE

**3.  Payments to creditors**

*Complete a. or b., as appropriate, and c.*

None
☐

a. *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

None
☑

b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
| --- | --- | --- | --- |

---

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

None

☑ c. *All debtors:*  List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

---

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None

☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

Midland Funding, LLC
Ford Motor Credit (See Attach)

None

☐ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

See Attachment

---

**5. Repossessions, foreclosures and returns**

None

☑ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

# Attachment

## 4. Suits and administrative proceedings, executions, garnishments and attachments

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

1. **Midland Funding, LLC v Margietta M. Robinson – Case #RIC13080 – Wage Garnishment**
   **Superior Court Of California , County Of Riverside**
   **4050 Main Street**
   **Riverside, California 92501**
   **Judgement**

2. **Ford Motor Credit Co v Margietta Robinson – Case #RIC464207 – Wage Garnishment**
   **Superior Court Of California, County Of Los Angeles**
   **Judgement**

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

1. **Midland Funding LLC**          **April 2012**          **Wage Garnishment**
   **8875 Aero Drive, Ste. 200**                                         **Totaling $450.00**
   **San Diego, California 92123**
                **For judgment**

2. **Ford Motor Credit**          **June 2008**          **Wage Garnishment**
   **Po Box 542000**                                         **Totaling $10,400.00**
   **Omaha, NE 68154**
                **For Judgment**

4

**6.  Assignments and receiverships**

None
☑

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
☑

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE Of PROPERTY |
|---|---|---|---|

**7.  Gifts**

None
☑

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8.  Losses**

None
☑

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9.    Payments related to debt counseling or bankruptcy**

None
☑

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**10.  Other transfers**

None
☑

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
☑

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None
☑

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

6

**12. Safe deposit boxes**

None 

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None 

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14.  Property held for another person**

None ☑

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15.  Prior address of debtor**

None ☑

If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None ☐

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

Margietta M. Robinson

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☑

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ☑

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ☑

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None ☑

a. *If the debtor is an individual*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing

8

executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|

None ☑  b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                 ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None ☑  a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                 DATES SERVICES RENDERED

None ☑  b. List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                          ADDRESS                          DATES SERVICES RENDERED

9

None ☑    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

            NAME                                                   ADDRESS

None ☑    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

            NAME AND ADDRESS                           DATE ISSUED

---

**20. Inventories**

None ☑    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

                                                               DOLLAR AMOUNT
                                                               OF INVENTORY
            DATE OF INVENTORY         INVENTORY SUPERVISOR        (Specify cost, market or other basis)

None ☑    b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

                                                               NAME AND ADDRESSES
                                                               OF CUSTODIAN
            DATE OF INVENTORY                                           OF INVENTORY RECORDS

---

**21 . Current Partners, Officers, Directors and Shareholders**

None ☑    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

            NAME AND ADDRESS               NATURE OF INTEREST        PERCENTAGE OF INTEREST

None ☑    b.    If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

                                                           NATURE AND PERCENTAGE
            NAME AND ADDRESS                       TITLE              OF STOCK OWNERSHIP

10

**22 . Former partners, officers, directors and shareholders**

None
☑
a.   If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|------|---------|---------------------|

None
☑
b.   If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|------------------|-------|----------------------|

**23 . Withdrawals from a partnership or distributions by a corporation**

None
☑
If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None
☑
If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER-IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds.**

None
☑
If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER-IDENTIFICATION NUMBER (EIN) |
|---|---|

\* \* \* \* \* \*

11

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

| | | | |
|---|---|---|---|
| Date | 09/24/2012 | Signature of Debtor | |
| Date | 09/24/2012 | Signature of Joint Debtor (if any) | |

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

| | | |
|---|---|---|
| Date | | Signature |
| | | Print Name and Title |

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

0 ___ continuation sheets attached

*Penalty for making a false statement. Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____    _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer    Social-Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social-security number of the officer, principal, responsible person, or partner who signs this document.*

_____
Address

_____    _____
Signature of Bankruptcy Petition Preparer    Date

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. § 156.*

B 8 (Official Form 8) (12/08)

# UNITED STATES BANKRUPTCY COURT

## Central District of California

In re Robinson, Althea & Margietta    ,          Case No. _____
    Debtor                                                         Chapter 7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** – Debts secured by property of the estate. *(Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)*

---

Property No. 1

| **Creditor's Name:** | **Describe Property Securing Debt:** |
|---|---|
| Toyota Motor Credit Co | 2008 Toyota |

Property will be *(check one)*:
   ☐ Surrendered          ☑ Retained

If retaining the property, I intend to *(check at least one)*:
   ☐ Redeem the property
   ☐ Reaffirm the debt
   ☑ Other. Explain Continue to make regular payments____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
   ☐ Claimed as exempt                    ☑ Not claimed as exempt

---

Property No. 2 *(if necessary)*

| **Creditor's Name:** | **Describe Property Securing Debt:** |
|---|---|
| Santander Consumer USA | 2007 Chrysler |

Property will be *(check one)*:
   ☑ Surrendered          ☐ Retained

If retaining the property, I intend to *(check at least one)*:
   ☐ Redeem the property
   ☐ Reaffirm the debt
   ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
   ☐ Claimed as exempt                    ☑ Not claimed as exempt

B 8 (Official Form 8) (12/08)

**PART B** – Personal property subject to unexpired leases. *(All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)*

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES          ☐ NO |

| Property No. 2 *(if necessary)* | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES          ☐ NO |

| Property No. 3 *(if necessary)* | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES          ☐ NO |

_____ continuation sheets attached *(if any)*

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date: 09/24/2012 _____          _____ Althea L. Robinson
                                                                    Signature of Debtor

_____ Margietta M. Robinson
Signature of Joint Debtor

Statement Regarding Assistance of Non-Attorney - Local Bankruptcy Rule 1002-1 (Rev. 12/03)    2003 USBC, Central District of California

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re  Robinson, Althea L. & Margietta M.

Case No.:

Chapter: 7

### STATEMENT REGARDING ASSISTANCE OF NON-ATTORNEY WITH RESPECT TO THE FILING OF BANKRUPTCY CASE

**THE DEBTOR/JOINT DEBTOR DOES HEREBY STATE AND REPRESENT:**

☐ I received assistance from a non-attorney in connection with the filing of my bankruptcy case.

1. I paid the sum of $_____

2. I still owe the sum of $_____

3. I agreed to turn over or give a security interest in the following property:


4. The name of the person or the name of the firm that assisted me was:

   Name:

   Address:

   Telephone:

☑ I did not receive assistance from a non-attorney in connection with the filing of my bankruptcy case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Riverside _____, California.

Executed on: 09/24/2012 _____
                          Date


_____    Althea L. Robinson
Debtor

_____    Margietta M. Robinson
Joint Debtor

February 2006                                                              2006 USBC Central District of California

| UNITED STATES BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| In re                                   Debtor(s). | CHAPTER: 7    CASE NO.: |

# DEBTOR'S CERTIFICATION OF EMPLOYMENT INCOME PURSUANT TO 11 U.S.C. § 521(a)(1)(B)(iv)

Please fill out the following blank(s) and check the box next to <u>one</u> of the following statements:

I, Robinson, Althea L. , the debtor in this case, declare under penalty
*(Print Name of Debtor)*

of perjury under the laws of the United States of America that:

☐ I have attached to this certificate copies of my pay stubs, pay advices and/or other proof of employment income for the 60-day period prior to the date of the filing of my bankruptcy petition.
*(NOTE: the filer is responsible for blacking out the Social Security number on pay stubs prior to filing them.)*

☐ I was self-employed for the entire 60-day period prior to the date of the filing of my bankruptcy petition, and received no payment from any other employer.

☒ I was unemployed for the entire 60-day period prior to the date of the filing of my bankruptcy petition.

I, Robinson, Margietta M. , the debtor in this case, declare under penalty of
*(Print Name of Joint Debtor, if any)*

perjury under the laws of the United States of America that:

☒ I have attached to this certificate copies of my pay stubs, pay advices and/or other proof of employment income for the 60-day period prior to the date of the filing of my bankruptcy petition.
*(NOTE: the filer is responsible for blacking out the Social Security number on pay stubs prior to filing them.)*

☐ I was self-employed for the entire 60-day period prior to the date of the filing of my bankruptcy petition, and received no payment from any other employer.

☐ I was unemployed for the entire 60-day period prior to the date of the filing of my bankruptcy petition.

Date  09/24/2012                         Signature _____
                                                  *Debtor*

Date  09/24/2012                         Signature _____
                                                  *Joint Debtor (if any)*

SEP-13-2012   18:45        6264431040                          6264431040        P.31




## Online Employee Pay Statement

Pay Period End Date: 08/15/2012

**Employee ID:** 434923
**Home Department:** PB Probation

**Employee Name:** MARGIETTA ROBINSON
**Home Unit:** 17725 San Gabriel-Juv

**Bank ID/Acct No:** 322271627/XXXXXX4186
**Pay Location:** PB0202 640 - PAY LCTN

### Pay Information

| Gross Pay | Disbursements | Salary Reduction | Net Pay | Issue Date | Period End Date | Pay Type | | Warrant/Advice No. |
|---|---|---|---|---|---|---|---|---|
| 3,220.29 | .00 | 899.96 | | 08/30/2012 | 08/15/2012 | Direct Deposit | Regular | 00000-2005518488 |

### Tax Information

| | Taxes | Taxable Wages | Taxable Wages YTD | Tax Class | Marital Status | Exceptions | Additional Contributions | Additional Amount | Last Updated |
|---|---|---|---|---|---|---|---|---|---|
| W-4 DATA | FEDERAL TAX | .00 | 45,171.98 | FXCY SNL NO EIC | SINGLE | 99.00 | | .00 | 07/16/2012 |
| DE-4 DATA | STATE TAX | 3,220.29 | 52,488.56 | | SINGLE | .00 | .00 | .00 | 07/16/2012 |
| MEDI DATA | MEDICARE TAX | 3,220.29 | 52,488.56 | HIT ONLY | | | | | 07/16/2012 |
| W-5 DATA | EIC | | | | | | | | 07/16/2012 |

### Retirement Deferred Plan Information

| Category | Current Base | Base YTD | | | | | Penalties/Deferred Plan Amount |
|---|---|---|---|---|---|---|---|
| CORET | LACERA-EMPLR | 3,251.96 | 52,894.80 | | | | 122.00 |
| PRREN | LACERA PLAN E | 3,251.96 | 52,894.80 | | | | |

### Cafeteria Benefits Information

| Cafeteria Category | | Reduction % | County Contribution | Salary Reduction | | Earnings | Cash Limit |
|---|---|---|---|---|---|---|---|
| RF008 CHOICES CONTRIB | | .00% | .00 | .00 | | .00 | .00 |

| Benefit Cat | Benefit Type | Benefit Plan | Plan Description | Deduction % | Current Base | County Contributed | County Contribution YTD | Salary Reduction | Salary Reduction YTD | Earnings | Earnings YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| EF100 | EF100 | C3 | CIGNA HMO FAM | .00 | | .00 | 9,566.40 | .00 | .00 | | 9,566.40 |
| EF320 | EF320 | C3 | SAFEGUARD FAM | .00 | | .00 | 230.16 | .00 | .00 | | 230.16 |
| EF410 | EF410 | 100E+ | AD&D 100K-EE+FM | .00 | | .00 | 23.20 | .00 | .00 | | 23.20 |
| EL200 | EL200 | 3XE | LIFE 3XSAL | .00 | | .00 | 52.24 | .00 | .00 | | 52.24 |
| EF044 | EF044 | | LTD-H CH | .00 | | .00 | 24.00 | .00 | .00 | | 24.00 |
| EF009 | EF009 | CH1WF | CHOICES ADM FEE | .00 | | .00 | 24.00 | .00 | .00 | | 24.00 |
| **Total Cafeteria Benefits** | | | | | | **$.00** | **$9,920.00** | **$.00** | **$.00** | **$.00** | **$9,920.00** |

### Earnings Information

| Appt ID | Title | Home Dept | Unit | Event Date | Salary Rate | | Hours/Units | Current Earnings | Earnings YTD |
|---|---|---|---|---|---|---|---|---|---|
| 8607 A | DPY PRB OFFR II | PB | 17725 07 | 08/15/2012 | 32.6037 | 099 REGULAR EARNS | 00:00 | .00 | (782.49) |
| 8607 A | DPY PRB OFFR II | PB | 17725 07 | 08/15/2012 | 32.6038 | 099 REGULAR EARNS | 00:00 | .00 | 6,259.92 |
| 8607 A | DPY PRB OFFR II | PB | 17725 05 | 08/15/2012 | 35.5677 | 099 REGULAR EARNS | 00:00 | .00 | 3,126.96 |
| 8607 A | DPY PRB OFFR II | PB | 17725 06 | 08/15/2012 | 35.5877 | 099 REGULAR EARNS | 00:00 | .00 | 6,259.92 |
| 8607 A | DPY PRB OFFR II | PB | 17725 07 | 08/15/2012 | 35.5677 | 099 REGULAR EARNS | 88:00 | 3,129.96 | 3,129.96 |
| 8607 A | DPY PRB OFFR II | PB | 17725 06 | 08/15/2012 | 39.1245 | 099 REGULAR EARNS | 00:00 | .00 | 3,129.96 |
| 8607 A | DPY PRB OFFR II | PB | 17725 07 | 08/15/2012 | 39.1245 | 099 REGULAR EARNS | 00:00 | .00 | 9,638.55 |
| | | | | | | **Subtotal 099 REGULAR EARNS** | **88:00** | **$3,129.96** | **$24,765.78** |
| 8607 A | DPY PRB OFFR II | PB | 17725 | 08/15/2012 | 35.9766 | PP099 REGULAR EARNS | 00:00 | .00 | 21,909.72 |
| 8607 A | DPY PRB OFFR II | PB | 17725 07 | 08/15/2012 | 32.6037 | PY012 HOLIDAY | 00:00 | .00 | 260.83 |
| 8607 A | DPY PRB OFFR II | PB | 17725 07 | 08/15/2012 | 39.1245 | PY012 HOLIDAY | 00:00 | .00 | 313.00 |
| | | | | | | **Subtotal PY012 HOLIDAY** | **00:00** | **$.00** | **$573.83** |
| 8607 A | DPY PRB OFFR II | PB | 17725 07 | 08/15/2012 | 32.6037 | PY021 VACATION | 00:00 | .00 | 521.66 |
| 8607 A | DPY PRB OFFR II | PB | 17725 07 | 08/15/2012 | 39.1245 | PY021 VACATION | 00:00 | .00 | 2,308.37 |
| | | | | | | **Subtotal PY021 VACATION** | **00:00** | **$.00** | **$2,830.03** |
| 8607 A | DPY PRB OFFR II | PB | 17725 07 | 08/15/2012 | 35.9766 | PK011 SICK 100% | 00:00 | .00 | 863.44 |
| 8607 A | DPY PRB OFFR II | PB | 17725 07 | 08/15/2012 | .0000 | PPC36 FLEX EARN | .00 | .00 | 1,445.28 |
| 8607 A | DPY PRB OFFR II | PB | 17725 07 | 08/15/2012 | .0000 | PFA36 FLEX EARN ADV | 1.00 | 90.33 | .00 |
| **Total Earnings** | | | | | | | | **$3,220.29** | **$52,388.06** |

\*\*Calculated Current Earnings derived by multiplying the Salary Rate by the Hours/Units may vary slightly from the actual Current Earnings displayed on the pay statement. This is caused by rounding rules used to determine actual Current Earnings.

### Taxes/Deductions Information

| Ded Cat | Type | Plan | Deduction Plan Description | Deduction % | Current Deduction Base | Current Deductions Taken | Deductions Not Taken | Deductions YTD |
|---|---|---|---|---|---|---|---|---|
| FEDTX | FEDTX | FEDTX | FEDERAL TAX | | .00 | .00 | .00 | 4,466.97 |
| STATX | STATX | STATX | STATE TAX | | 3,220.29 | 205.56 | .00 | 3,387.61 |
| HITEE | HITEE | HITEE | H.I.T. | 1.4500% | 3,220.29 | 46.69 | .00 | 761.08 |
| PRREN | ER084 | ER084 | LACERA PLAN E | | 3,251.96 | .00 | .00 | .00 |
| EL201 | EL201 | 3XE | LIFE 3XSAL | | .00 | .00 | .00 | 245.44 |
| EL300 | EL300 | 20K | 20K DEP LIFE | | .00 | .00 | .00 | 24.80 |
| GNSHF | GN016 | S-12 | SHERIFF'S GARN | | 2,968.04 | 137.50 | .00 | 2,200.00 |
| GNADM | GNADM | GNADM | GARN ADMIN FEE | | .00 | 1.50 | .00 | 24.00 |
| EM207 | EM207 | EM207 | 1ST CTY FCU | | .00 | 62.50 | .00 | 1,000.00 |




# Online Employee Pay Statement
Pay Period End Date: 08/15/2012

**Employee ID:** 434923
**Home Department:** PB Probation

**Employee Name:** MARGIETTA ROBINSON
**Home Unit:** 17725 San Gabriel-Juv

**Bank ID/Acct No:** 322271627/XXXXXX4186
**Pay Location:** PB0202 640 - PAY LCTN

### Taxes/Deductions Information

| Code | | | Description | | Deductions | | |
|---|---|---|---|---|---|---|---|
| EM413 | EM413 | EM413 | UNION-LIFE | | .00 | 41.17 | .00 | 658.72 |
| EO121 | EO121 | EO121 | SFA | | .00 | 373.44 | .00 | 5,975.04 |
| EU114 | EU114 | EU114 | LOCAL 685 | | .00 | 31.60 | .00 | 505.60 |
| **Total Taxes/Deductions** | | | | | | $899.96 | $.00 | $19,249.26 |

### Employer Benefits/Imputed Income Information

| Code | | | Description | | Contributions | | |
|---|---|---|---|---|---|---|---|
| IL200 | IL200 | 3XE | LIFE IMP INC | | .00 | .00 | .00 | 100.48 |
| **Total Employer Benefits/Imputed Income** | | | | | $.00 | $.00 | $.00 | $100.48 |

### Leave Benefits Information As Of 08/16/2012

| Code | Description | | | | | | Hours |
|---|---|---|---|---|---|---|---|
| LV011 | SICK 100% | | | | | | 40:09 |
| LV021 | VACATION | | | | | | 44:33 |
| LV112 | SICK PERSNL | | | | | | 96:00 |
| LV162 | SICK 65% | | | | | | 320:00 |
| LV164 | SICK 50% | | | | | | 440:00 |




# Online Employee Pay Statement

Pay Period End Date: 07/15/2012

**Employee ID:** 434923
**Home Department:** PB Probation

**Employee Name:** MARGIETTA ROBINSON
**Home Unit:** 17725 San Gabriel-Juv

**Bank ID/Acct No:** 322271627/XXXXXX4186
**Pay Location:** PB0202 640 - PAY LCTN

## Pay Information

| Gross Pay | Reimbursements | Salary Reduction | Net Pay | Issue Date | Effective Pay Period End Date | Pay Type | Run Type | Warrant/Direct Deposit No |
|---|---|---|---|---|---|---|---|---|
| 3,220.29 | .00 | 1,224.87 | 1,995.42 | 07/30/2012 | 07/15/2012 | Direct Deposit | Regular | 00000-2005319937 |

## Tax Information

| | Taxes | Taxable Wages | Taxable Wages YTD | Tax Class | Marital Status | Exemptions | Additional Exemptions | Additional Withhld | Tax Date |
|---|---|---|---|---|---|---|---|---|---|
| W-4 DATA | FEDERAL TAX | 3,220.29 | 45,171.98 | FNL SNL NO EIC | MARRIED | 3.00 | | .00 | 02/07/2012 |
| DE-4 DATA | STATE TAX | 3,220.29 | 45,171.98 | | SINGLE | .00 | .00 | .00 | 02/07/2012 |
| MEDI DATA | MEDICARE TAX | 3,220.29 | 45,171.98 | HIT ONLY | | | | | 02/07/2012 |
| W-5 DATA | EIC | | | | | | | | 02/07/2012 |

## Retirement/Deferred Plan Information

| Category | | Current Base | Base YTD | |
|---|---|---|---|---|
| CORET | LACERA-EMPLR | 3,251.96 | 45,527.44 | Pensionable Cafeteria Plan Amount |
| PRREN | LACERA PLAN E | 3,251.96 | 45,527.44 | 122.00 |

## Cafeteria Benefits Information

| Cafeteria Category | | | Cafeteria % | County Contribution | Salary Reduction | Contributed Benefits | | Taxable Cash | Taxable Cash Limit |
|---|---|---|---|---|---|---|---|---|---|
| RF008 CHOICES CONTRIB | | | .00% | .00 | .00 | .00 | | .00 | .00 |

| Benefit Cat | Benefit Type | Benefit Plan | Benefit Plan Description | Deduction % | Current Base | County Contributed | County Contributed YTD | Salary Reduction | Salary Reduction YTD | Benefit Applied | Benefit Applied YTD | Available Balance YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| EF100 | EF100 | C3 | CIGNA HMO FAM | | .00 | .00 | 8,370.60 | .00 | .00 | .00 | 8,370.60 | .00 |
| EF320 | EF320 | C3 | SAFEGUARD FAM | | .00 | .00 | 201.39 | .00 | .00 | .00 | 201.39 | .00 |
| EF410 | EF410 | 100E+ | AD&D 100K-EE+FM | | .00 | .00 | 20.30 | .00 | .00 | .00 | 20.30 | .00 |
| EL200 | EL200 | 3XE | LIFE 3XSAL | | .00 | .00 | 45.71 | .00 | .00 | .00 | 45.71 | .00 |
| EF044 | EF044 | EF044 | LTD-H CH | | .00 | .00 | 21.00 | .00 | .00 | .00 | 21.00 | .00 |
| EF009 | EF009 | CH1WF | CHOICES ADM FEE | | .00 | .00 | 21.00 | .00 | .00 | .00 | 21.00 | .00 |
| **Total Cafeteria Benefits** | | | | | | **$.00** | **$8,680.00** | **$.00** | **$.00** | **$.00** | **$8,680.00** | **$.00** |

## Earnings Information

| Appt ID | Title/Sub-Title | Dept | Unit | Step | Event Date | Salary Rate | Pay Event | Hours/Units | Current Earnings** | Earnings YTD |
|---|---|---|---|---|---|---|---|---|---|---|
| 8607 A | DPY PRB OFFR II | PB | 17725 | 07 | 07/15/2012 | 32.6037 | 099 REGULAR EARNS | 00:00 | .00 | (782.49) |
| 8607 A | DPY PRB OFFR II | PB | 17725 | 07 | 07/15/2012 | 32.6038 | 099 REGULAR EARNS | 00:00 | .00 | 3,129.96 |
| 8607 A | DPY PRB OFFR II | PB | 17725 | 05 | 07/15/2012 | 35.5677 | 099 REGULAR EARNS | 00:00 | .00 | 3,129.96 |
| 8607 A | DPY PRB OFFR II | PB | 17725 | 06 | 07/15/2012 | 35.5677 | 099 REGULAR EARNS | 00:00 | .00 | 6,259.92 |
| 8607 A | DPY PRB OFFR II | PB | 17725 | 06 | 07/15/2012 | 39.1245 | 099 REGULAR EARNS | 00:00 | .00 | 3,129.96 |
| 8607 A | DPY PRB OFFR II | PB | 17725 | 07 | 07/15/2012 | 39.1245 | 099 REGULAR EARNS | 24:00 | 938.96 | 3,638.55 |
| | | | | | | | **Subtotal 099 REGULAR EARNS** | **24:00** | **$938.96** | **$18,505.86** |
| 8607 A | DPY PRB OFFR II | PB | 17725 | 07 | 07/15/2012 | 35.9766 | PP099 REGULAR EARNS | 00:00 | .00 | 21,909.72 |
| 8607 A | DPY PRB OFFR II | PB | 17725 | 07 | 07/15/2012 | 32.6037 | PY012 HOLIDAY | 00:00 | .00 | 260.83 |
| 8607 A | DPY PRB OFFR II | PB | 17725 | 07 | 07/15/2012 | 39.1245 | PY012 HOLIDAY | 8.00 | 313.00 | 313.00 |
| | | | | | | | **Subtotal PY012 HOLIDAY** | **8:00** | **$313.00** | **$573.83** |
| 8607 A | DPY PRB OFFR II | PB | 17725 | 07 | 07/15/2012 | 32.6037 | PY021 VACATION | 00:00 | .00 | 431.66 |
| 8607 A | DPY PRB OFFR II | PB | 17725 | 07 | 07/15/2012 | 39.1245 | PY021 VACATION | 48:00 | 1,878.00 | 2,308.37 |
| | | | | | | | **Subtotal PY021 VACATION** | **48:00** | **$1,878.00** | **$2,830.03** |
| 8607 A | DPY PRB OFFR II | PB | 17725 | | 07/15/2012 | .0000 | PPC36 FLEX EARN | .00 | .00 | 1,264.62 |
| 8607 A | DPY PRB OFFR II | PB | 17725 | 07 | 07/15/2012 | .0000 | PFA36 FLEX EARN ADV | 1.00 | 90.33 | .00 |
| **Total Earnings** | | | | | | | | | **$3,220.29** | **$45,084.06** |

**Calculated Current Earnings derived by multiplying the Salary Rate by the Hours/Units may vary slightly from the actual Current Earnings displayed on the pay statement. This is caused by rounding rules used to determine actual Current Earnings.

## Taxes/Deductions Information

| Ded Cat | Ded Type | Ded Plan | Deduction Plan Description | Deduction % | Current Deduction Base | Current Deductions Taken | Current Deductions Not Taken | Deductions YTD |
|---|---|---|---|---|---|---|---|---|
| FEDTX | FEDTX | FEDTX | FEDERAL TAX | | 3,220.29 | 324.91 | .00 | 4,466.97 |
| STATX | STATX | STATX | STATE TAX | | 3,220.29 | 205.56 | .00 | 2,886.87 |
| HITEE | HITEE | HITEE | H.I.T. | | 3,220.29 | 46.69 | .00 | 654.99 |
| PRREN | ER084 | ER084 | LACERA PLAN E | 1.4500% | 3,251.96 | .00 | .00 | 521.66 |
| EL201 | EL201 | 3XE | LIFE 3XSAL | | .00 | .00 | .00 | .00 |
| EL300 | EL300 | 20K | 20K DEP LIFE | | .00 | .00 | .00 | 214.76 |
| GNSHF | GN016 | S-12 | SHERIFF'S GARN | | .00 | .00 | .00 | 21.70 |
| GNADM | GNADM | GNADM | GARN ADMIN FEE | | 2,643.13 | 137.50 | .00 | 1,925.00 |
| EM207 | EM207 | EM207 | 1ST CTY FCU | | .00 | 1.50 | .00 | 21.00 |
| EM413 | EM413 | EM413 | UNION-LIFE | | .00 | 62.50 | .00 | 875.00 |
| EO121 | EO121 | EO121 | SFA | | .00 | 41.17 | .00 | 576.38 |
| | | | | | .00 | 373.44 | .00 | 5,228.16 |




# Online Employee Pay Statement

Pay Period End Date: 07/15/2012

| | | |
|---|---|---|
| **Employee ID:** 434923 | **Employee Name:** MARGIETTA ROBINSON | **Bank ID/Acct No:** 322271627/XXXXXX4186 |
| **Home Department:** PB Probation | **Home Unit:** 17725 San Gabriel-Juv | **Pay Location:** PB0202 640 - PAY LCTN |

### Taxes/Deductions Information

| Ded. Cat | Ded. Type | Ded. Plan | Deduction Plan Description | Deduction % | Current Deduction Base | Current Deductions Taken | Current Deductions Not Taken | Deductions YTD |
|---|---|---|---|---|---|---|---|---|
| EU114 | EU114 | EU114 | LOCAL 685 | | .00 | 31.60 | .00 | 442.40 |
| **Total Taxes/Deductions** | | | | | | **$1,224.87** | **$.00** | **$17,313.23** |

### Employer Benefits/Imputed Income Information

| Benefit Cat | Benefit Type | Benefit Plan | Benefit Plan Description | Benefit % | Current Contribution Base | Current Contributions | Contributions YTD | Current Imputed Income | Imputed Income YTD |
|---|---|---|---|---|---|---|---|---|---|
| IL200 | IL200 | 3XE | LIFE IMP INC | | .00 | .00 | .00 | .00 | 87.92 |
| **Total Employer Benefits/Imputed Income** | | | | | | **$.00** | **$.00** | **$.00** | **$87.92** |

### Leave Benefits Information As Of: 07/16/2012

| Leave Benefit | Leave Benefit Description | Available Hours | Hours in Excess |
|---|---|---|---|
| LV011 | SICK 100% | 56:37 | |
| LV021 | VACATION | 30:37 | |
| LV112 | SICK PERSNL | 96.00 | |
| LV162 | SICK 65% | 320.00 | |
| LV164 | SICK 50% | 440.00 | |




# Online Employee Pay Statement

Pay Period End Date: 06/30/2012

| Employee ID: 434923 | Employee Name: MARGIETTA ROBINSON | Bank ID/Acct No: 322271627/XXXXXX4186 |
|---|---|---|
| Home Department:  PB Probation | Home Unit:  17725 San Gabriel-Juv | Pay Location:  PB0202 640 - PAY LCTN |

## Pay Information

| Gross Pay | Reimbursements | Taxes & Deductions/ Salary Reduction | Net Pay | Issue Date | Effective Pay Period End Date | Pay Type | Run Type | Warrant/ Direct Deposit No |
|---|---|---|---|---|---|---|---|---|
| 3,220.29 | .00 | 1,262.02 | 1,958.27 | 07/13/2012 | 06/30/2012 | Direct Deposit | Regular | 00000-2005222914 |

## Tax Information

| | Taxes | Taxable Wages | Taxable Wages YTD | Tax Class | Marital Status | Exemptions | Additional Exemptions | Additional Withheld | Tax Date |
|---|---|---|---|---|---|---|---|---|---|
| W-4 DATA | FEDERAL TAX | 3,232.85 | 41,951.69 | FNL SNL NO EIC | MARRIED | 3.00 | | .00 | 02/07/2012 |
| DE-4 DATA | STATE TAX | 3,232.85 | 41,951.69 | | SINGLE | .00 | .00 | .00 | 02/07/2012 |
| MEDI DATA | MEDICARE TAX | 3,232.85 | 41,951.69 | HIT ONLY | | | | | 02/07/2012 |
| W-5 DATA | EIC | | | | | | | | 02/07/2012 |

## Retirement/Deferred Plan Information

| Category | | Current Base | Base YTD | Pensionable Cafeteria Plan Amount |
|---|---|---|---|---|
| CORET | LACERA-EMPLR | 3,251.96 | 42,275.48 | 122.00 |
| PRREN | LACERA PLAN E | 3,251.96 | 42,275.48 | |

## Cafeteria Benefits Information

| Cafeteria Category | | Cafeteria % | County Contribution | Salary Reduction | Contributed Benefits | Taxable Cash | Taxable Cash Limit |
|---|---|---|---|---|---|---|---|
| RF008 CHOICES CONTRIB | | .00% | 1,420.66 | .00 | 1,240.00 | 180.66 | .00 |

| Benefit Cat | Benefit Type | Benefit Plan | Benefit Plan Description | Deduction % | Current Base | County Contributed | County Contributed YTD | Salary Reduction | Salary Reduction YTD | Benefit Applied | Benefit Applied YTD | Available Balance YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| EF100 | EF100 | C3 | CIGNA HMO FAM | | .00 | 1,195.80 | 8,370.60 | .00 | .00 | 1,195.80 | 8,370.60 | .00 |
| EF320 | EF320 | C3 | SAFEGUARD FAM | | .00 | 28.77 | 201.39 | .00 | .00 | 28.77 | 201.39 | .00 |
| EF410 | EF410 | 100E+ | AD&D 100K-EE+FM | | .00 | 2.90 | 20.30 | .00 | .00 | 2.90 | 20.30 | .00 |
| EL200 | EL200 | 3XE | LIFE 3XSAL | 16.3200% | 40.00 | 6.53 | 45.71 | .00 | .00 | 6.53 | 45.71 | .00 |
| EF044 | EF044 | EF044 | LTD-H CH | | .00 | 3.00 | 21.00 | .00 | .00 | 3.00 | 21.00 | .00 |
| EF009 | EF009 | CH1WF | CHOICES ADM FEE | | .00 | 3.00 | 21.00 | .00 | .00 | 3.00 | 21.00 | .00 |
| Total Cafeteria Benefits | | | | | | $1,240.00 | $8,680.00 | $.00 | $.00 | $1,240.00 | $8,680.00 | $.00 |

## Earnings Information

| Appt ID | Title/Sub-Title | Dept | Unit | Step | Event Date | Salary Rate | Pay Event | Hours/Units | Current Earnings** | Earnings YTD |
|---|---|---|---|---|---|---|---|---|---|---|
| 8607 A | DPY PRB OFFR II | PB | 17725 | 07 | 06/30/2012 | 32.6037 | 099 REGULAR EARNS | 00:00 | .00 | (782.49) |
| 8607 A | DPY PRB OFFR II | PB | 17725 | 07 | 06/30/2012 | 32.6038 | 099 REGULAR EARNS | 00:00 | .00 | 3,129.96 |
| 8607 A | DPY PRB OFFR II | PB | 17725 | 05 | 06/30/2012 | 35.5677 | 099 REGULAR EARNS | 00:00 | .00 | 3,129.96 |
| 8607 A | DPY PRB OFFR II | PB | 17725 | 06 | 06/30/2012 | 35.5677 | 099 REGULAR EARNS | 00:00 | .00 | 6,259.92 |
| 8607 A | DPY PRB OFFR II | PB | 17725 | 06 | 06/30/2012 | 39.1245 | 099 REGULAR EARNS | 80:00 | 3,129.96 | 3,129.96 |
| 8607 A | DPY PRB OFFR II | PB | 17725 | 07 | 06/30/2012 | 39.1245 | 099 REGULAR EARNS | 00:00 | .00 | 2,699.59 |
| | | | | | | | Subtotal 099 REGULAR EARNS | 80:00 | $3,129.96 | $17,566.90 |
| 8607 A | DPY PRB OFFR II | PB | 17725 | 07 | 06/30/2012 | 35.9786 | PP099 REGULAR EARNS | 00:00 | .00 | 21,909.72 |
| 8607 A | DPY PRB OFFR II | PB | 17725 | 07 | 06/30/2012 | 32.6037 | PY012 HOLIDAY | 00:00 | .00 | 260.83 |
| 8607 A | DPY PRB OFFR II | PB | 17725 | 07 | 06/30/2012 | 32.6037 | PY021 VACATION | 00:00 | .00 | 521.66 |
| 8607 A | DPY PRB OFFR II | PB | 17725 | 07 | 06/30/2012 | 39.1245 | PY021 VACATION | 00:00 | .00 | 430.37 |
| | | | | | | | Subtotal PY021 VACATION | 00:00 | $.00 | $952.03 |
| 8607 A | DPY PRB OFFR II | PB | 17725 | | 06/30/2012 | .0000 | PPC36 FLEX EARN | 1.00 | 180.66 | 1,264.62 |
| 8607 A | DPY PRB OFFR II | PB | 17725 | 07 | 06/30/2012 | .0000 | PFA36 FLEX EARN ADV | 1.00 | (90.33) | (90.33) |
| Total Earnings | | | | | | | | | $3,220.29 | $41,863.77 |

**Calculated Current Earnings derived by multiplying the Salary Rate by the Hours/Units may vary slightly from the actual Current Earnings displayed on the pay statement. This is caused by rounding rules used to determine actual Current Earnings.

## Taxes/Deductions Information

| Ded Cat | Ded Type | Ded Plan | Deduction Plan Description | Deduction % | Current Deduction Base | Current Deductions Taken | Current Deductions Not Taken | Deductions YTD |
|---|---|---|---|---|---|---|---|---|
| FEDTX | FEDTX | FEDTX | FEDERAL TAX | | 3,232.85 | 326.80 | .00 | 4,142.06 |
| STATX | STATX | STATX | STATE TAX | | 3,232.85 | 206.85 | .00 | 2,681.31 |
| HITEE | HITEE | HITEE | H.I.T. | 1.4500% | 3,232.85 | 46.88 | .00 | 608.30 |
| PRREN | ER084 | ER084 | LACERA PLAN E | | 3,251.96 | .00 | .00 | .00 |
| EL201 | EL201 | 3XE | LIFE 3XSAL | 16.3200% | 188.00 | 30.68 | .00 | 214.76 |
| EL300 | EL300 | 20K | 20K DEP LIFE | | .00 | 3.10 | .00 | 21.70 |
| GNSHF | GN016 | S-12 | SHERIFF'S GARN | | 2,639.76 | 137.50 | .00 | 1,787.50 |
| GNADM | GNADM | GNADM | GARN ADMIN FEE | | .00 | 1.50 | .00 | 19.50 |
| EM207 | EM207 | EM207 | 1ST CTY FCU | | .00 | 62.50 | .00 | 812.50 |
| EM413 | EM413 | EM413 | UNION-LIFE | | .00 | 41.17 | .00 | 535.21 |
| EO121 | EO121 | EO121 | SFA | | .00 | 373.44 | .00 | 4,854.72 |




# Online Employee Pay Statement

Pay Period End Date: 06/30/2012

| | | |
|---|---|---|
| **Employee ID:** 434923 | **Employee Name:** MARGIETTA ROBINSON | **Bank ID/Acct No:** 322271627/XXXXXX4186 |
| **Home Department:** PB Probation | **Home Unit:** 17725 San Gabriel-Juv | **Pay Location:** PB0202 640 - PAY LCTN |

### Taxes/Deductions Information

| Ded Cat | Ded Type | Ded Plan | Deduction Plan Description | Deduction % | Deduction Base | Current Deductions Taken | Current Deductions Not Taken | Deductions YTD |
|---|---|---|---|---|---|---|---|---|
| EU114 | EU114 | EU114 | LOCAL 685 | | .00 | 31.60 | .00 | 410.80 |
| **Total Taxes/Deductions** | | | | | | **$1,262.02** | **$.00** | **$16,088.36** |

### Employer Benefits/Imputed Income Information

| Benefit Cat | Benefit Type | Benefit Plan | Benefit Plan Description | Benefit % | Current Contribution Base | Current Contributions | Contributions YTD | Current Imputed Income | Imputed Income YTD |
|---|---|---|---|---|---|---|---|---|---|
| IL200 | IL200 | 3XE | LIFE IMP INC | | 188.00 | .00 | .00 | 12.56 | 87.92 |
| **Total Employer Benefits/Imputed Income** | | | | | | **$.00** | **$.00** | **$12.56** | **$87.92** |

### Leave Benefits Information As Of: 07/01/2012

| Leave Benefit | Leave Benefit Description | Available Hours | Hours In Excess |
|---|---|---|---|
| LV011 | SICK 100% | 52:16 | |
| LV021 | VACATION | 71:39 | |
| LV112 | SICK PERSNL | 96:00 | |
| LV162 | SICK 65% | 320:00 | |
| LV164 | SICK 50% | 400:00 | |




# Online Employee Pay Statement
Pay Period End Date: 07/31/2012

| Employee ID: 434923 | Employee Name: MARGIETTA ROBINSON | Bank ID/Acct No: 322271627/XXXXXX4186 |
|---|---|---|
| Home Department:  ΓB Probation | Home Unit:  17725 San Gabriel-Juv | Pay Location:  PB0202 640 - PAY LCTN |

## Pay Information

| Gross Pay | Reimbursements | Taxes & Deductions/ Salary Reduction | Net Pay | Issue Date | Effective Pay Period End Date | Pay Type | Run Type | Warrant/ Direct Deposit No |
|---|---|---|---|---|---|---|---|---|
| 4,083.73 | .00 | 1,036.07 | 3,047.66 | 08/15/2012 | 07/31/2012 | Direct Deposit | Regular | 00000-2005420380 |

## Tax Information

| | Taxes | Taxable Wages | Taxable Wages YTD | Tax Class | Marital Status | Exemptions | Additional Exemptions | Additional Withheld | Tax Date |
|---|---|---|---|---|---|---|---|---|---|
| W-4 DATA | FEDERAL TAX | .00 | 45,171.98 | FXCY SNL NO EIC | SINGLE | 99.00 | | | 07/16/2012 |
| DE-4 DATA | STATE TAX | 4,096.29 | 49,268.27 | | SINGLE | | .00 | .00 | 07/16/2012 |
| MEDI DATA | MEDICARE TAX | 4,096.29 | 49,268.27 | HIT ONLY | | | | | 07/16/2012 |
| W-5 DATA | EIC | | | | | | | | 07/16/2012 |

## Retirement/Deferred Plan Information

| Category | | Current Base | Base YTD | | Pensionable Cafeteria Plan Amount |
|---|---|---|---|---|---|
| CORET | LACERA-EMPLR | 4,115.40 | 49,642.84 | | |
| PRREN | LACERA PLAN E | 4,115.40 | 49,642.84 | | 122.00 |

## Cafeteria Benefits Information

| Cafeteria Category | | | Cafeteria % | County Contribution | Salary Reduction | Contributed Benefits | Taxable Cash | Taxable Cash Limit |
|---|---|---|---|---|---|---|---|---|
| RF008 CHOICES CONTRIB | | | .00% | 1,420.66 | .00 | 1,240.00 | 180.66 | .00 |

| Benefit Cat | Benefit Type | Benefit Plan | Benefit Plan Description | Deduction % | Current Base | County Contributed | County Contributed YTD | Salary Reduction | Salary Reduction YTD | Benefit Applied | Benefit Applied YTD | Available Balance YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| EF100 | EF100 | C3 | CIGNA HMO FAM | | .00 | | | .00 | .00 | | | .00 |
| EF320 | EF320 | C3 | SAFEGUARD FAM | | .00 | 1,195.80 | 9,566.40 | .00 | .00 | 1,195.80 | 9,566.40 | .00 |
| EF410 | EF410 | 100E+ | AD&D 100K-EE+FM | | .00 | 28.77 | 230.16 | .00 | .00 | 28.77 | 230.16 | .00 |
| EL200 | EL200 | 3XE | LIFE 3XSAL | 16.3200% | 40.00 | 2.90 | 23.20 | .00 | .00 | 2.90 | 23.20 | .00 |
| EF044 | EF044 | EF044 | LTD-H CH | | .00 | 6.53 | 52.24 | .00 | .00 | 6.53 | 52.24 | .00 |
| EF009 | EF009 | CH1WF | CHOICES ADM FEE | | .00 | 3.00 | 24.00 | .00 | .00 | 3.00 | 24.00 | .00 |
| Total Cafeteria Benefits | | | | | | $1,240.00 | $9,920.00 | $.00 | $.00 | $1,240.00 | $9,920.00 | $.00 |

## Earnings Information

| Appt ID | Title/Sub-Title | Dept | Unit | Step | Event Date | Salary Rate | Pay Event | Hours/Units | Current Earnings** | Earnings YTD |
|---|---|---|---|---|---|---|---|---|---|---|
| 8607 A | DPY PRB OFFR II | PB | 17725 | 07 | 07/31/2012 | 32.6037 | 099 REGULAR EARNS | 00.00 | .00 | (782.49) |
| 8607 A | DPY PRB OFFR II | PB | 17725 | 07 | 07/31/2012 | 32.6038 | 099 REGULAR EARNS | 96.00 | 3,129.96 | 6,259.92 |
| 8607 A | DPY PRB OFFR II | PB | 17725 | 05 | 07/31/2012 | 35.5677 | 099 REGULAR EARNS | 00.00 | .00 | 3,129.96 |
| 8607 A | DPY PRB OFFR II | PB | 17725 | 06 | 07/31/2012 | 35.5677 | 099 REGULAR EARNS | 00.00 | .00 | 6,259.92 |
| 8607 A | DPY PRB OFFR II | PB | 17725 | 06 | 07/31/2012 | 39.1245 | 099 REGULAR EARNS | 00.00 | .00 | 3,129.96 |
| 8607 A | DPY PRB OFFR II | PB | 17725 | 07 | 07/31/2012 | 39.1245 | 099 REGULAR EARNS | 00.00 | .00 | 3,638.55 |
| | | | | | | | Subtotal 099 REGULAR EARNS | 96.00 | $3,129.96 | $21,635.82 |
| 8607 A | DPY PRB OFFR II | PB | 17725 | | 07/31/2012 | 35.9766 | PP099 REGULAR EARNS | 00.00 | .00 | 21,909.72 |
| 8607 A | DPY PRB OFFR II | PB | 17725 | 07 | 07/31/2012 | 32.6037 | PY012 HOLIDAY | 00.00 | .00 | 260.83 |
| 8607 A | DPY PRB OFFR II | PB | 17725 | 07 | 07/31/2012 | 39.1245 | PY012 HOLIDAY | 00.00 | .00 | 313.00 |
| | | | | | | | Subtotal PY012 HOLIDAY | 00.00 | $.00 | $573.83 |
| 8607 A | DPY PRB OFFR II | PB | 17725 | 07 | 07/31/2012 | 32.6037 | PY021 VACATION | 00.00 | .00 | 521.66 |
| 8607 A | DPY PRB OFFR II | PB | 17725 | 07 | 07/31/2012 | 39.1245 | PY021 VACATION | 00.00 | .00 | 2,308.37 |
| | | | | | | | Subtotal PY021 VACATION | 00.00 | $.00 | $2,830.03 |
| 8607 A | DPY PRB OFFR II | PB | 17725 | 07 | 06/30/2012 | 35.9766 | *PK011 SICK 100% | 00.00 | .00 | 863.44 |
| 8607 A | DPY PRB OFFR II | PB | 17725 | | 07/31/2012 | .0000 | PPC36 FLEX EARN | 24.00 | 863.44 | 863.44 |
| 8607 A | DPY PRB OFFR II | PB | 17725 | 07 | 07/31/2012 | .0000 | PFA36 FLEX EARN ADV | 1.00 | 180.66 | 1,445.28 |
| Total Earnings | | | | | | | | 1.00 | (90.33) | (90.33) |
| | | | | | | | | | $4,083.73 | $49,167.79 |

**Calculated Current Earnings derived by multiplying the Salary Rate by the Hours/Units may vary slightly from the actual Current Earnings displayed on the pay statement. This is caused by rounding rules used to determine actual Current Earnings.

## Taxes/Deductions Information

| Ded Cat | Ded Type | Ded Plan | Deduction Plan Description | Deduction % | Current Deduction Base | Current Deductions Taken | Current Deductions Not Taken | Deductions YTD |
|---|---|---|---|---|---|---|---|---|
| FEDTX | FEDTX | FEDTX | FEDERAL TAX | | .00 | .00 | .00 | 4,466.97 |
| STATX | STATX | STATX | STATE TAX | | 4,096.29 | 295.18 | .00 | 3,182.05 |
| HITEE | HITEE | HITEE | H.I.T. | 1.4500% | 4,096.29 | 59.40 | .00 | 714.39 |
| PRREN | ER084 | ER084 | LACERA PLAN E | | 4,115.40 | .00 | .00 | .00 |
| EL300 | EL300 | 20K | 20K DEP LIFE | 16.3200% | 188.00 | 30.68 | .00 | 245.44 |
| GNSHF | GN016 | S-12 | SHERIFF'S GARN | | .00 | 3.10 | .00 | 24.80 |
| GNADM | GNADM | GNADM | GARN ADMIN FEE | | 3,729.15 | 137.50 | .00 | 2,062.50 |
| EM207 | EM207 | EM207 | 1ST CTY FCU | | .00 | 1.50 | .00 | 22.50 |
| EM413 | EM413 | EM413 | UNION-LIFE | | .00 | 62.50 | .00 | 937.50 |
| | | | | | .00 | 41.17 | .00 | 617.55 |





# Online Employee Pay Statement

Pay Period End Date: 07/31/2012

| | | |
|---|---|---|
| **Employee ID:** 434923 | **Employee Name:** MARGIETTA ROBINSON | **Bank ID/Acct No:** 322271627/XXXXXX4186 |
| **Home Department:** PB Probation | **Home Unit:** 17725 San Gabriel-Juv | **Pay Location:** PB0202 640 - PAY LCTN |

| Taxes/Deductions Information | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Ded Cat | Ded Type | Ded Plan | Deduction Plan Description | Deduction % | Current Deduction Base | Current Deductions Taken | Current Deductions Not Taken | Deductions YTD |
| EO121 | EO121 | EO121 | SFA | | .00 | 373.44 | .00 | 5,601.60 |
| EU114 | EU114 | EU114 | LOCAL 685 | | .00 | 31.60 | .00 | 474.00 |
| **Total Taxes/Deductions** | | | | | | **$1,036.07** | **$.00** | **$18,349.30** |

| Employer Benefits/Imputed Income Information | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Benefit Cat | Benefit Type | Benefit Plan | Benefit Plan Description | Benefit % | Current Contribution Base | Current Contributions | Contributions YTD | Current Imputed Income | Imputed Income YTD |
| IL200 | IL200 | 3XE | LIFE IMP INC | | 188.00 | .00 | .00 | 12.56 | 100.48 |
| **Total Employer Benefits/Imputed Income** | | | | | | **$.00** | **$.00** | **$12.56** | **$100.48** |

| Leave Benefits Information As Of: 08/01/2012 | | | |
|---|---|---|---|
| Leave Benefit | Leave Benefit Description | Available Hours | Hours in Excess |
| LV011 | SICK 100% | 36:58 | |
| LV021 | VACATION | 37.35 | |
| LV112 | SICK PERSNL | 96.00 | |
| LV162 | SICK 65% | 320.00 | |
| LV164 | SICK 50% | 440.00 | |

B 22A (Official Form 22A) (Chapter 7) (12/10)

In re __Robinson, Althea L. & Margiett__
              Debtor(s)

Case Number: _____
             (If known)

> According to the information required to be entered on this statement (check one box as directed in Part I, III, or VI of this statement):
>
> ☐ **The presumption arises.**
> ☑ **The presumption does not arise.**
> ☐ **The presumption is temporarily inapplicable.**

## CHAPTER 7 STATEMENT OF CURRENT MONTHLY INCOME AND MEANS-TEST CALCULATION

In addition to Schedules I and J, this statement must be completed by every individual chapter 7 debtor. If none of the exclusions in Part I applies, joint debtors may complete one statement only. If any of the exclusions in Part I applies, joint debtors should complete separate statements if they believe this is required by § 707(b)(2)(C).

| | **Part I. MILITARY AND NON-CONSUMER DEBTORS** |
|---|---|
| 1A | **Disabled Veterans.** If you are a disabled veteran described in the Declaration in this Part IA, (1) check the box at the beginning of the Declaration, (2) check the box for "The presumption does not arise" at the top of this statement, and (3) complete the verification in Part VIII. Do not complete any of the remaining parts of this statement. <br><br> ☐ **Declaration of Disabled Veteran.** By checking this box, I declare under penalty of perjury that I am a disabled veteran (as defined in 38 U.S.C. § 3741(1)) whose indebtedness occurred primarily during a period in which I was on active duty (as defined in 10 U.S.C. § 101(d)(1)) or while I was performing a homeland defense activity (as defined in 32 U.S.C. §901(1)). |
| 1B | **Non-consumer Debtors.** If your debts are not primarily consumer debts, check the box below and complete the verification in Part VIII. Do not complete any of the remaining parts of this statement. <br><br> ☑ **Declaration of non-consumer debts.** By checking this box, I declare that my debts are not primarily consumer debts. |
| 1C | **Reservists and National Guard Members; active duty or homeland defense activity.** Members of a reserve component of the Armed Forces and members of the National Guard who were called to active duty (as defined in 10 U.S.C. § 101(d)(1)) after September 11, 2001, for a period of at least 90 days, or who have performed homeland defense activity (as defined in 32 U.S.C. § 901(1)) for a period of at least 90 days, are excluded from all forms of means testing during the time of active duty or homeland defense activity and for 540 days thereafter (the "exclusion period"). If you qualify for this temporary exclusion, (1) check the appropriate boxes and complete any required information in the Declaration of Reservists and National Guard Members below, (2) check the box for "The presumption is temporarily inapplicable" at the top of this statement, and (3) complete the verification in Part VIII. **During your exclusion period you are not required to complete the balance of this form, but you must complete the form no later than 14 days after the date on which your exclusion period ends, unless the time for filing a motion raising the means test presumption expires in your case before your exclusion period ends.** <br><br> ☐ **Declaration of Reservists and National Guard Members.** By checking this box and making the appropriate entries below, I declare that I am eligible for a temporary exclusion from means testing because, as a member of a reserve component of the Armed Forces or the National Guard <br><br>      a. ☐ I was called to active duty after September 11, 2001, for a period of at least 90 days and <br>         ☐ I remain on active duty /or/ <br>         ☐ I was released from active duty on _____, which is less than 540 days before this bankruptcy case was filed; <br>         OR <br>      b. ☐ I am performing homeland defense activity for a period of at least 90 days /or/ <br>         ☐ I performed homeland defense activity for a period of at least 90 days, terminating on _____, which is less than 540 days before this bankruptcy case was filed. |

B 22A (Official Form 22A) (Chapter 7) (12/10)                                                                                       2

## Part II. CALCULATION OF MONTHLY INCOME FOR § 707(b)(7) EXCLUSION

<table>
<tr><td rowspan="5">2</td><td colspan="4"><strong>Marital/filing status.</strong> Check the box that applies and complete the balance of this part of this statement as directed.</td></tr>
<tr><td colspan="4">a. ☐ Unmarried. <strong>Complete only Column A ("Debtor's Income") for Lines 3-11.</strong></td></tr>
<tr><td colspan="4">b. ☐ Married, not filing jointly, with declaration of separate households. By checking this box, debtor declares under penalty of perjury: "My spouse and I are legally separated under applicable non-bankruptcy law or my spouse and I are living apart other than for the purpose of evading the requirements of § 707(b)(2)(A) of the Bankruptcy Code." <strong>Complete only Column A ("Debtor's Income") for Lines 3-11.</strong></td></tr>
<tr><td colspan="4">c. ☐ Married, not filing jointly, without the declaration of separate households set out in Line 2.b above. <strong>Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.</strong></td></tr>
<tr><td colspan="4">d. ☑ Married, filing jointly. <strong>Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.</strong></td></tr>
<tr><td></td><td colspan="3">All figures must reflect average monthly income received from all sources, derived during the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing. If the amount of monthly income varied during the six months, you must divide the six-month total by six, and enter the result on the appropriate line.</td><td><strong>Column A<br>Debtor's<br>Income</strong></td><td><strong>Column B<br>Spouse's<br>Income</strong></td></tr>
<tr><td>3</td><td colspan="3"><strong>Gross wages, salary, tips, bonuses, overtime, commissions.</strong></td><td>$ 0.00</td><td>$ 6,440.00</td></tr>
<tr><td rowspan="4">4</td><td colspan="5"><strong>Income from the operation of a business, profession or farm.</strong> Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 4. If you operate more than one business, profession or farm, enter aggregate numbers and provide details on an attachment. Do not enter a number less than zero. <strong>Do not include any part of the business expenses entered on Line b as a deduction in Part V.</strong></td></tr>
<tr><td>a.</td><td>Gross receipts</td><td>$ 0.00</td><td></td><td></td></tr>
<tr><td>b.</td><td>Ordinary and necessary business expenses</td><td>$ 0.00</td><td></td><td></td></tr>
<tr><td>c.</td><td>Business income</td><td>Subtract Line b from Line a</td><td>$ 0.00</td><td>$ 0.00</td></tr>
<tr><td rowspan="4">5</td><td colspan="5"><strong>Rent and other real property income.</strong> Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 5. Do not enter a number less than zero. <strong>Do not include any part of the operating expenses entered on Line b as a deduction in Part V.</strong></td></tr>
<tr><td>a.</td><td>Gross receipts</td><td>$ 0.00</td><td></td><td></td></tr>
<tr><td>b.</td><td>Ordinary and necessary operating expenses</td><td>$ 0.00</td><td></td><td></td></tr>
<tr><td>c.</td><td>Rent and other real property income</td><td>Subtract Line b from Line a</td><td>$ 0.00</td><td>$ 0.00</td></tr>
<tr><td>6</td><td colspan="3"><strong>Interest, dividends and royalties.</strong></td><td>$ 0.00</td><td>$ 0.00</td></tr>
<tr><td>7</td><td colspan="3"><strong>Pension and retirement income.</strong></td><td>$ 0.00</td><td>$ 0.00</td></tr>
<tr><td>8</td><td colspan="3"><strong>Any amounts paid by another person or entity, on a regular basis, for the household expenses of the debtor or the debtor's dependents, including child support paid for that purpose.</strong> Do not include alimony or separate maintenance payments or amounts paid by your spouse if Column B is completed. Each regular payment should be reported in only one column; if a payment is listed in Column A, do not report that payment in Column B.</td><td>$ 0.00</td><td>$ 0.00</td></tr>
<tr><td rowspan="2">9</td><td colspan="3"><strong>Unemployment compensation.</strong> Enter the amount in the appropriate column(s) of Line 9. However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below:</td><td rowspan="2">$ 0.00</td><td rowspan="2">$ 0.00</td></tr>
<tr><td colspan="3">Unemployment compensation claimed to be a benefit under the Social Security Act    Debtor $ 0.00    Spouse $ 0.00</td></tr>
</table>

B 22A (Official Form 22A) (Chapter 7) (12/10)                                                                                          3

| 10 | Income from all other sources. Specify source and amount. If necessary, list additional sources on a separate page. **Do not include alimony or separate maintenance payments paid by your spouse if Column B is completed, but include all other payments of alimony or separate maintenance.** Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism. | | |
|---|---|---|---|
| | a. | $          0.00 | |
| | b. | $          0.00 | |
| | Total and enter on Line 10 | $     0.00 | $     0.00 |

| 11 | **Subtotal of Current Monthly Income for § 707(b)(7).** Add Lines 3 thru 10 in Column A, and, if Column B is completed, add Lines 3 through 10 in Column B. Enter the total(s). | $   0.00 | $   6,440.00 |
|---|---|---|---|

| 12 | **Total Current Monthly Income for § 707(b)(7).** If Column B has been completed, add Line 11, Column A to Line 11, Column B, and enter the total. If Column B has not been completed, enter the amount from Line 11, Column A. | $          6,440.00 |
|---|---|---|

## Part III. APPLICATION OF § 707(b)(7) EXCLUSION

| 13 | **Annualized Current Monthly Income for § 707(b)(7).** Multiply the amount from Line 12 by the number 12 and enter the result. | $ 77,280.00 |
|---|---|---|
| 14 | **Applicable median family income.** Enter the median family income for the applicable state and household size. (This information is available by family size at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.)<br><br>a. Enter debtor's state of residence:  California     b. Enter debtor's household size:         5 | $ 84,667.00 |
| 15 | **Application of Section 707(b)(7).** Check the applicable box and proceed as directed.<br>☑ **The amount on Line 13 is less than or equal to the amount on Line 14.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete Part VIII; do not complete Parts IV, V, VI or VII.<br>☐ **The amount on Line 13 is more than the amount on Line 14.** Complete the remaining parts of this statement. | |

### Complete Parts IV, V, VI, and VII of this statement only if required. (See Line 15.)

| Part IV. CALCULATION OF CURRENT MONTHLY INCOME FOR § 707(b)(2) | | |
|---|---|---|
| 16 | **Enter the amount from Line 12.** | $   6,440.00 |
| 17 | **Marital adjustment.** If you checked the box at Line 2.c, enter on Line 17 the total of any income listed in Line 11, Column B that was NOT paid on a regular basis for the household expenses of the debtor or the debtor's dependents. Specify in the lines below the basis for excluding the Column B income (such as payment of the spouse's tax liability or the spouse's support of persons other than the debtor or the debtor's dependents) and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page. If you did not check box at Line 2.c, enter zero. | |
| | a.                                    $ | |
| | b.                                    $ | |
| | c.                                    $ | |
| | Total and enter on Line 17. | $ |
| 18 | **Current monthly income for § 707(b)(2).** Subtract Line 17 from Line 16 and enter the result. | $ |

B 22A (Official Form 22A) (Chapter 7) (12/10)                                                                                                          4

| | **Part V. CALCULATION OF DEDUCTIONS FROM INCOME** | |
|---|---|---|
| | **Subpart A: Deductions under Standards of the Internal Revenue Service (IRS)** | |
| 19A | **National Standards: food, clothing and other items.** Enter in Line 19A the "Total" amount from IRS National Standards for Food, Clothing and Other Items for the applicable number of persons. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) The applicable number of persons is the number that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support. | $ |
| 19B | **National Standards: health care.** Enter in Line a1 below the amount from IRS National Standards for Out-of-Pocket Health Care for persons under 65 years of age, and in Line a2 the IRS National Standards for Out-of-Pocket Health Care for persons 65 years of age or older. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) Enter in Line b1 the applicable number of persons who are under 65 years of age, and enter in Line b2 the applicable number of persons who are 65 years of age or older. (The applicable number of persons in each age category is the number in that category that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support.) Multiply Line a1 by Line b1 to obtain a total amount for persons under 65, and enter the result in Line c1. Multiply Line a2 by Line b2 to obtain a total amount for persons 65 and older, and enter the result in Line c2. Add Lines c1 and c2 to obtain a total health care amount, and enter the result in Line 19B.<br><br>| Persons under 65 years of age | | Persons 65 years of age or older | |<br>|---|---|---|---|<br>| a1. | Allowance per person | a2. | Allowance per person |<br>| b1. | Number of persons | b2. | Number of persons |<br>| c1. | Subtotal | c2. | Subtotal | | $ |
| 20A | **Local Standards: housing and utilities; non-mortgage expenses.** Enter the amount of the IRS Housing and Utilities Standards; non-mortgage expenses for the applicable county and family size. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court). The applicable family size consists of the number that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support. | $ |
| 20B | **Local Standards: housing and utilities; mortgage/rent expense.** Enter, in Line a below, the amount of the IRS Housing and Utilities Standards; mortgage/rent expense for your county and family size (this information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court) (the applicable family size consists of the number that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support); enter on Line b the total of the Average Monthly Payments for any debts secured by your home, as stated in Line 42; subtract Line b from Line a and enter the result in Line 20B. **Do not enter an amount less than zero.**<br><br>| a. | IRS Housing and Utilities Standards; mortgage/rental expense | $ |<br>|---|---|---|<br>| b. | Average Monthly Payment for any debts secured by your home, if any, as stated in Line 42 | $ |<br>| c. | Net mortgage/rental expense | Subtract Line b from Line a. | | $ |
| 21 | **Local Standards: housing and utilities; adjustment.** If you contend that the process set out in Lines 20A and 20B does not accurately compute the allowance to which you are entitled under the IRS Housing and Utilities Standards, enter any additional amount to which you contend you are entitled, and state the basis for your contention in the space below: | $ |

| 22A | **Local Standards: transportation; vehicle operation/public transportation expense.** You are entitled to an expense allowance in this category regardless of whether you pay the expenses of operating a vehicle and regardless of whether you use public transportation.<br><br>Check the number of vehicles for which you pay the operating expenses or for which the operating expenses are included as a contribution to your household expenses in Line 8.<br>☐ 0  ☐ 1  ☐ 2 or more.<br>If you checked 0, enter on Line 22A the "Public Transportation" amount from IRS Local Standards: Transportation. If you checked 1 or 2 or more, enter on Line 22A the "Operating Costs" amount from IRS Local Standards: Transportation for the applicable number of vehicles in the applicable Metropolitan Statistical Area or Census Region. (These amounts are available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ |
|---|---|---|
| 22B | **Local Standards: transportation; additional public transportation expense.** If you pay the operating expenses for a vehicle and also use public transportation, and you contend that you are entitled to an additional deduction for your public transportation expenses, enter on Line 22B the "Public Transportation" amount from IRS Local Standards: Transportation. (This amount is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ |

| 23 | **Local Standards: transportation ownership/lease expense; Vehicle 1.** Check the number of vehicles for which you claim an ownership/lease expense. (You may not claim an ownership/lease expense for more than two vehicles.)<br>☐ 1  ☐ 2 or more.<br>Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 1, as stated in Line 42; subtract Line b from Line a and enter the result in Line 23. **Do not enter an amount less than zero.** |   |   |
|---|---|---|---|

| a. | IRS Transportation Standards, Ownership Costs | $ |   |
|---|---|---|---|
| b. | Average Monthly Payment for any debts secured by Vehicle 1, as stated in Line 42 | $ |   |
| c. | Net ownership/lease expense for Vehicle 1 | Subtract Line b from Line a. | $ |

| 24 | **Local Standards: transportation ownership/lease expense; Vehicle 2.** Complete this Line only if you checked the "2 or more" Box in Line 23.<br>Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 2, as stated in Line 42; subtract Line b from Line a and enter the result in Line 24. **Do not enter an amount less than zero.** |   |   |
|---|---|---|---|

| a. | IRS Transportation Standards, Ownership Costs | $ |   |
|---|---|---|---|
| b. | Average Monthly Payment for any debts secured by Vehicle 2, as stated in Line 42 | $ |   |
| c. | Net ownership/lease expense for Vehicle 2 | Subtract Line b from Line a. | $ |

| 25 | **Other Necessary Expenses: taxes.** Enter the total average monthly expense that you actually incur for all federal, state and local taxes, other than real estate and sales taxes, such as income taxes, self-employment taxes, social-security taxes, and Medicare taxes. **Do not include real estate or sales taxes.** | $ |
|---|---|---|
| 26 | **Other Necessary Expenses: involuntary deductions for employment.** Enter the total average monthly payroll deductions that are required for your employment, such as retirement contributions, union dues, and uniform costs. **Do not include discretionary amounts, such as voluntary 401(k) contributions.** | $ |
| 27 | **Other Necessary Expenses: life insurance.** Enter total average monthly premiums that you actually pay for term life insurance for yourself. **Do not include premiums for insurance on your dependents, for whole life or for any other form of insurance.** | $ |
| 28 | **Other Necessary Expenses: court-ordered payments.** Enter the total monthly amount that you are required to pay pursuant to the order of a court or administrative agency, such as spousal or child support payments. **Do not include payments on past due obligations included in Line 44.** | $ |

| 29 | **Other Necessary Expenses: education for employment or for a physically or mentally challenged child.** Enter the total average monthly amount that you actually expend for education that is a condition of employment and for education that is required for a physically or mentally challenged dependent child for whom no public education providing similar services is available. | $ |
|---|---|---|
| 30 | **Other Necessary Expenses: childcare.** Enter the total average monthly amount that you actually expend on childcare—such as baby-sitting, day care, nursery and preschool. **Do not include other educational payments.** | $ |
| 31 | **Other Necessary Expenses: health care.** Enter the total average monthly amount that you actually expend on health care that is required for the health and welfare of yourself or your dependents, that is not reimbursed by insurance or paid by a health savings account, and that is in excess of the amount entered in Line 19B. **Do not include payments for health insurance or health savings accounts listed in Line 34.** | $ |
| 32 | **Other Necessary Expenses: telecommunication services.** Enter the total average monthly amount that you actually pay for telecommunication services other than your basic home telephone and cell phone service—such as pagers, call waiting, caller id, special long distance, or internet service—to the extent necessary for your health and welfare or that of your dependents. **Do not include any amount previously deducted.** | $ |
| 33 | **Total Expenses Allowed under IRS Standards.** Enter the total of Lines 19 through 32. | $ |

### Subpart B: Additional Living Expense Deductions
### Note: Do not include any expenses that you have listed in Lines 19-32

| 34 | **Health Insurance, Disability Insurance, and Health Savings Account Expenses.** List the monthly expenses in the categories set out in lines a-c below that are reasonably necessary for yourself, your spouse, or your dependents. | |
|---|---|---|
| | a. Health Insurance $ <br> b. Disability Insurance $ <br> c. Health Savings Account $ <br><br> Total and enter on Line 34 <br><br> **If you do not actually expend this total amount**, state your actual total average monthly expenditures in the space below: <br> $ _____ | $ |
| 35 | **Continued contributions to the care of household or family members.** Enter the total average actual monthly expenses that you will continue to pay for the reasonable and necessary care and support of an elderly, chronically ill, or disabled member of your household or member of your immediate family who is unable to pay for such expenses. | $ |
| 36 | **Protection against family violence.** Enter the total average reasonably necessary monthly expenses that you actually incurred to maintain the safety of your family under the Family Violence Prevention and Services Act or other applicable federal law. The nature of these expenses is required to be kept confidential by the court. | $ |
| 37 | **Home energy costs.** Enter the total average monthly amount, in excess of the allowance specified by IRS Local Standards for Housing and Utilities, that you actually expend for home energy costs. **You must provide your case trustee with documentation of your actual expenses, and you must demonstrate that the additional amount claimed is reasonable and necessary.** | $ |
| 38 | **Education expenses for dependent children less than 18.** Enter the total average monthly expenses that you actually incur, not to exceed $147.92* per child, for attendance at a private or public elementary or secondary school by your dependent children less than 18 years of age. **You must provide your case trustee with documentation of your actual expenses, and you must explain why the amount claimed is reasonable and necessary and not already accounted for in the IRS Standards.** | $ |

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| | | |
|---|---|---|
| 39 | **Additional food and clothing expense.** Enter the total average monthly amount by which your food and clothing expenses exceed the combined allowances for food and clothing (apparel and services) in the IRS National Standards, not to exceed 5% of those combined allowances. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) **You must demonstrate that the additional amount claimed is reasonable and necessary.** | $ |
| 40 | **Continued charitable contributions.** Enter the amount that you will continue to contribute in the form of cash or financial instruments to a charitable organization as defined in 26 U.S.C. § 170(c)(1)-(2). | $ |
| 41 | **Total Additional Expense Deductions under § 707(b).** Enter the total of Lines 34 through 40 | $ |

## Subpart C: Deductions for Debt Payment

| | | | | |
|---|---|---|---|---|
| 42 | **Future payments on secured claims.** For each of your debts that is secured by an interest in property that you own, list the name of the creditor, identify the property securing the debt, state the Average Monthly Payment, and check whether the payment includes taxes or insurance. The Average Monthly Payment is the total of all amounts scheduled as contractually due to each Secured Creditor in the 60 months following the filing of the bankruptcy case, divided by 60. If necessary, list additional entries on a separate page. Enter the total of the Average Monthly Payments on Line 42. | | | |

| | Name of Creditor | Property Securing the Debt | Average Monthly Payment | Does payment include taxes or insurance? |
|---|---|---|---|---|
| a. | | | $ | ☐ yes ☐ no |
| b. | | | $ | ☐ yes ☐ no |
| c. | | | $ | ☐ yes ☐ no |
| | | | Total: Add Lines a, b and c. | $ |

| | | | |
|---|---|---|---|
| 43 | **Other payments on secured claims.** If any of debts listed in Line 42 are secured by your primary residence, a motor vehicle, or other property necessary for your support or the support of your dependents, you may include in your deduction 1/60th of any amount (the "cure amount") that you must pay the creditor in addition to the payments listed in Line 42, in order to maintain possession of the property. The cure amount would include any sums in default that must be paid in order to avoid repossession or foreclosure. List and total any such amounts in the following chart. If necessary, list additional entries on a separate page. | | |

| | Name of Creditor | Property Securing the Debt | 1/60th of the Cure Amount |
|---|---|---|---|
| a. | | | $ |
| b. | | | $ |
| c. | | | $ |
| | | | Total: Add Lines a, b and c    $ |

| | | |
|---|---|---|
| 44 | **Payments on prepetition priority claims.** Enter the total amount, divided by 60, of all priority claims, such as priority tax, child support and alimony claims, for which you were liable at the time of your bankruptcy filing. **Do not include current obligations, such as those set out in Line 28.** | $ |

B 22A (Official Form 22A) (Chapter 7) (12/10)                                                                                                    8

| 45 | **Chapter 13 administrative expenses.** If you are eligible to file a case under chapter 13, complete the following chart, multiply the amount in line a by the amount in line b, and enter the resulting administrative expense. | | |
|---|---|---|---|
| | a. | Projected average monthly chapter 13 plan payment. | $ | |
| | b. | Current multiplier for your district as determined under schedules issued by the Executive Office for United States Trustees. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | x | |
| | c. | Average monthly administrative expense of chapter 13 case | Total: Multiply Lines a and b | $ |

| 46 | **Total Deductions for Debt Payment.** Enter the total of Lines 42 through 45. | $ |
|---|---|---|

### Subpart D: Total Deductions from Income

| 47 | **Total of all deductions allowed under § 707(b)(2).** Enter the total of Lines 33, 41, and 46. | $ |
|---|---|---|

## Part VI. DETERMINATION OF § 707(b)(2) PRESUMPTION

| 48 | **Enter the amount from Line 18 (Current monthly income for § 707(b)(2))** | $ |
|---|---|---|
| 49 | **Enter the amount from Line 47 (Total of all deductions allowed under § 707(b)(2))** | $ |
| 50 | **Monthly disposable income under § 707(b)(2).** Subtract Line 49 from Line 48 and enter the result | $ |
| 51 | **60-month disposable income under § 707(b)(2).** Multiply the amount in Line 50 by the number 60 and enter the result. | $ |
| 52 | **Initial presumption determination.** Check the applicable box and proceed as directed. |
| | ☐ **The amount on Line 51 is less than $7,025\*.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII. Do not complete the remainder of Part VI. |
| | ☐ **The amount set forth on Line 51 is more than $11,725\*.** Check the box for "The presumption arises" at the top of page 1 of this statement, and complete the verification in Part VIII. You may also complete Part VII. Do not complete the remainder of Part VI. |
| | ☐ **The amount on Line 51 is at least $7,025\*, but not more than $11,725\*.** Complete the remainder of Part VI (Lines 53 through 55). |

| 53 | **Enter the amount of your total non-priority unsecured debt** | $ |
|---|---|---|
| 54 | **Threshold debt payment amount.** Multiply the amount in Line 53 by the number 0.25 and enter the result. | $ |
| 55 | **Secondary presumption determination.** Check the applicable box and proceed as directed. |
| | ☐ **The amount on Line 51 is less than the amount on Line 54.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII. |
| | ☐ **The amount on Line 51 is equal to or greater than the amount on Line 54.** Check the box for "The presumption arises" at the top of page 1 of this statement, and complete the verification in Part VIII. You may also complete Part VII. |

## Part VII: ADDITIONAL EXPENSE CLAIMS

| 56 | **Other Expenses.** List and describe any monthly expenses, not otherwise stated in this form, that are required for the health and welfare of you and your family and that you contend should be an additional deduction from your current monthly income under § 707(b)(2)(A)(ii)(I). If necessary, list additional sources on a separate page. All figures should reflect your average monthly expense for each item. Total the expenses. | | |
|---|---|---|---|
| | | Expense Description | Monthly Amount |
| | a. | | $ |
| | b. | | $ |
| | c. | | $ |
| | | Total: Add Lines a, b and c | $ |

\**Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B 22A (Official Form 22A) (Chapter 7) (12/10)    9

| | **Part VIII: VERIFICATION** | |
|---|---|---|
| 57 | I declare under penalty of perjury that the information provided in this statement is true and correct.  *(If this is a joint case, both debtors must sign.)*  <br><br> Date:  09/24/2012  <br><br> Date:  09/24/2012 | Signature: _____ *(Debtor)* <br><br> Signature: _____ *(Joint Debtor, if any)* |

Verification of Creditor Mailing List - (Rev. 10/05) 2003 USBC, Central District of California

# MASTER MAILING LIST
## Verification Pursuant to Local Bankruptcy Rule 1007-1(d)

Name  Robinson, Althea L. & Margietta M.

Address  25595 Horado Lane, Moreno, California 92551

Telephone  (951) 956-8190

☐  Attorney for Debtor(s)
☑  Debtor in Pro Per

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| List all names including trade names used by Debtor(s) within last 8 years): | Case No.: |
|---|---|
| | Chapter: 7 |
| Robinson | |

## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of __5__ sheet(s) is complete, correct, and consistent with the debtor's schedules pursuant to Local Rule 1007-1(d) and I/we assume all responsibility for errors and omissions.

Date:  09/24/2012

_____ Althea L. Robinson
*Debtor*

_____ Margietta M. Robinson
*Joint Debtor*

_____
*Attorney (if applicable)*

# Master Mailing List

Althea L. Robinson
25595 Horado Lane
Moreno Valley, California 92551

Margietta M. Robinson
25595 Horado Lane
Moreno Valley, California 92551

Afni
404 Brock Drive
Bloomington, IL 61702

Auditor-Controller County Of LA
Attn: Payroll
500 West Temple Street, Room 505
Los Angeles, California 90012

Bulls Eye Pest Control
40960 California Oaks Road, #202
Murrieta, CA 92562

Capital Management Services, LP
726 Exchange Street, Suite 700
Buffalo, NY 14210

CashCall, Inc.
PO Box 66007
Anaheim, California 92816

Enhanced Recovery
8014 Bayberry Road
Jacksonville, FL  32256-7412

EOS
700 Longwater Drive
Norwell, MA 02061

Ernst Artmann And Associates
P. O. Box 4200
Laguna Beach, California 92652

Firstsource Advantage, LLC
205 Bryant Woods South
Amherst, NY 14228

Ford Motor Credit
PO Box 542000
Omaha, NE 68154

GEMB/JCP
PO Box 984100
El Paso, Texas 79998

HSBC Retail Services
PO Box 4144
Carol Stream, IL 60197

HSBC/Bestbuy
1405 Foulk Road
Wilmington, DE 19808

I C System Inc
P. O. Box 64378
Saint Paul, MN  55164

Kaiser Foundation Hospital
File #749104
Los Angeles, California 90074-9104

LA and Orange County
PO Box 4279
Whittier, California 90607

LVNV Funding LLC
P. O. Box 10584
Greenville, SC  29603

Marygold Financial
6974 Brockton Ave Ste. 100
Riverside, CA 92506

Maximum Recovery Specialist, Inc
5105 East Los Angeles Avenue, Ste 200
Simi Valley, California 93063

Metro Rep Comm Service Inc.
P. O. Box 1357
Corona, California 92878

Midland Funding
8875 Aero Drive, Suite 200
San Diego, California 92123

Montgomery Ward
3650 Milwaukee Street
Madison, WI 53714

National Action Financial Services, Inc.
165 Lawrence Bell Drive, Suite 100
PO Box 9027
Williamsville, NY 14231

National Recovery Solutions, LLC
PO Box 322
Lockport, NY 14095

NCO Fin. 99
P. O. Box 41466
Philadelphia, PA  19101

Nelson, Watson & Associates, LLC
80 Merrimack Street Lower Level
Haverhill, MA 01830

Newport News
PO Box 5811
Hicksville, NY 11802

Progressive West Insurance Company
6300 Wilson Mills Road
Mayfield Village, OH 44143

Reese Law Group
6725 Mesa Ridge Road, Suite 240
San Diego, California 92121
Case #RIC464207

Riverside County Regional Medical Center
26520 Cactus Avenue
Moreno Valley, California 92555

RJM Acquisitions
575 Underhill Boulevard, Ste. 224
Syosset, NY 11791

RMI
1110 Montimar Drive
Mobile, AL 36609

Santander Consumer USA
PO Box 660633
Dallas, Texas, 75266

The Brachfeld Law Group
880 Apollo Street
El Segundo, California 90245
Case #RIC1113080

Toyota Motor Credit Corp
225 West Hillcrest Drive, Suite 4
Thousand Oaks, California 91360

T-Mobile Bankruptcy Team
PO Box 53410
Bellevue, WA 98015-3410

WFDS/WDS Financial
P. O. Box 19752
Irvine, California 92623

Verizon Wireless
3558 Wilshire Boulevard
Los Angeles, California